**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Redline Metals, Inc. |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 36-3962306 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 930 North DuPage <br> Lombard, IL 60148 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| DuPage <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Redline Metals, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3339

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor   Redline Metals, Inc.                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Redline Metals, Inc. _____   Case number (*if known*) _____
     Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _August 27, 2024_____
             MM / DD / YYYY

**X** /s/ David Wong _____      David Wong _____
Signature of authorized representative of debtor      Printed name

Title    _President_____

---

**18. Signature of attorney**

**X** /s/ Paul M. Bach _____      Date _August 27, 2024_____
Signature of attorney for debtor             MM / DD / YYYY

Paul M. Bach _____
Printed name

Bach Law Offices _____
Firm name

P.O. Box 1285
Northbrook, IL 60065 _____
Number, Street, City, State & ZIP Code

Contact phone _____   Email address _paul@bachoffices.com_____

_IL_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Redline Metals, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 27, 2024     **X** /s/ David Wong
                                    Signature of individual signing on behalf of debtor

                                     David Wong
                                     Printed name

                                     President
                                     Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Redline Metals, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 631821 Target Metal Blanking P.O. Box 63182 Cincinnati, OH 45263 | | | | | | $79,871.00 |
| B & B Metal Processing 14520 Pioneer Road Newton, WI 53063 | | | | | | $301,610.00 |
| Charter Steel Trading 4401 W. Roosevelt Road Chicago, IL 60624 | | | | | | $96,064.00 |
| Chase Cardmember Services PO Box 1423 Charlotte, NC 28201-1423 | | | | | | $108,931.00 |
| Davis BanCorp | | | | | | $90,000.00 |
| IGT Logistics Inc PO BOX 94565 Cleveland, OH 44101 | | | | | | $81,530.00 |
| IMS Buhrke-Olson 511 W. Algonquin Road Arlington Heights, IL 60005-4499 | | | | | | $80,816.00 |
| IMS Engineered Products 1 Innovation Dr. Des Plaines, IL 60016 | | | | | | $235,530.00 |
| Laser Center 1001 Morse Ave Schaumburg, IL 60193 | | | | | | $133,124.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Redline Metals, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| M&K National Lease P.O. Box 268 Byron Center, MI 49315 | | | | | | $159,048.00 |
| McLean - Fogg Component Solutions LLC C/O FactorLaw 105 W. Madison St., Suite 2300 Chicago, IL 60602 | | | Disputed | | | $1,132,132.63 |
| Oberg Freight 22153 Old Highway 169 Fort Dodge, IA 50501 | | | | | | $144,181.00 |
| ODM Tool & Manufacturing 9550 Joliet Road McCook, IL 60525 | | | | | | $81,232.00 |
| Panzerz Recycling W5865 County Line Road Elkhart Lake, WI 53020 | | | | | | $322,106.00 |
| Silgan Containers LLC 3709 Collections Center Drive Chicago, IL 60693 | | | | | | $1,608,978.00 |
| Silgan Containers LLC 3709 Collections Center Drive Chicago, IL 60693 | | | | | | $366,026.00 |
| Stateline Recycling, Inc. 322 S. Crosby Ave Janesville, WI 53548 | | | | | | $176,311.00 |
| Sycamore Creek Trucking 3009 Wisconsin St. Le Claire, IA 52753 | | | Disputed | | | $78,931.06 |
| TRM Trucking 800 Bowes Rd South Elgin, IL 60177 | | | | | | $88,383.00 |
| Warren Oil Co. Inc PO Box 2279 Hammond, IN 46323 | | | | | | $96,548.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    Redline Metals, Inc. _____    Case No. _____
                                    Debtor(s)              Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ................................................    $    _____

Prior to the filing of this statement I have received .......................................    $    _____

Balance Due ..................................................................................    $    _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .........................    $    13,262.00

The undersigned shall bill against the retainer at an hourly rate of ..............................    $    425.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
b.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 26, 2024 _____    /s/ Paul M. Bach
*Date*                                          Paul M. Bach
                                                *Signature of Attorney*
                                                Bach Law Offices
                                                P.O. Box 1285
                                                Northbrook, IL 60065
                                                 Fax:
                                                paul@bachoffices.com
                                                *Name of law firm*

---

**B**

BACH LAW OFFICES

## Chapter 11 Retainer Agreement

Dated: August 26, 2024

**David Wong**
Redline Metals, Inc
930 N. DuPage Avenue
Lombard, IL 60148

      Re:    *Chapter 11 Bankruptcy Representation*

Dear Mr. Wong:

*Bach Law Offices, Inc.* ("We" or the "Firm") is honored that you have selected us to represent Redline Metals, Inc. ("Client") as insolvency and bankruptcy counsel. Our objective is to provide high quality legal services to Redline Metals, Inc. at a fair and reasonable cost. This letter ("Agreement") outlines the basis upon which we will provide legal services to Redline Metals, Inc., and confirms our understanding with respect to payment of legal fees, costs and expenses incurred with such representation. We apologize for the formality of this agreement, but we believe that it is important for you to have a clear understanding of our policies regarding legal fees and costs from the beginning of our relationship. Moreover, many of the provisions of this letter are required or recommended by the Illinois State Bar and the Illinois Rules of Professional Responsibility.

**1.**    **Scope of Services; Client Duties**. Redline Metals, Inc. is hiring us as attorneys to represent them as bankruptcy counsel in a Chapter 11 case. We will keep you informed of the progress of the case and will be available to you to answer any questions you might have. If at any time you determine that Redline Metals, Inc. needs to file a Chapter 7 bankruptcy case instead of the Chapter 11 case, the parties will need to execute a new fee agreement setting forth the terms of such representation. If you elect to convert the Chapter 11 case to a Chapter 7 case, then we shall be under no duty to prepare and file the necessary court papers until the new fee agreement has been signed and the agreed upon fees paid.

**2.**    **Assumptions under this agreement**.
    a.    You have provided all requested information.
    b.    You have provided complete and accurate information.
    c.    Your circumstances, especially your current monthly income (as defined by the Bankruptcy Code) does not substantially change prior to the filing of the case.
    d.    You will provide all requested documents within 15 days of the date of this Agreement.

1



**3.** **Retainer**. For us to begin our representation, you agree to forward a retainer in the total amount $15,000.00. The total $15,000.00 of the retainer is due prior to the Chapter 11 being filed. This retainer will be deposited in our attorney business account but we may use these funds, up to the full $15,000.00 to pay our fees and costs, subject to Court approval of any fees or costs incurred after your case is filed.

Under the 2007 Illinois Supreme Court case of Dowling v. Chicago Options Assoc., Inc. we are required to make certain disclosures to you about the retainer you would be paying pursuant to the above paragraph. The retainer is called an "Advanced Payment" Retainer. The Advance Payment Retainer means that the payments made by Client to Attorney are present payment to us in exchange for our commitment to provide legal services to you in the future. The fees paid by the Client will be deposited in our business account and not in our trust account. This means that we own the fees immediately upon payment. If our representation of Client ends before the retainer is exhausted, the retainer is subject to refund to you pursuant to the Illinois Rule of Professional Conduct.

Any unused portion of the retainer at the conclusion of our representation will be refunded to Redline Metals, Inc. or the party who advanced it.

**4.** **Legal Fees and Billing Practices**. Professional fees charged reflect a number of factors, including the number of attorney hours incurred, the relative experience of the attorney(s) performing the services, the difficulty of the matter, and the results obtained for the client. Our professional fees are determined by multiplying the actual number of hours incurred by the hourly billing rate. From time to time, our hourly billing rates will change. We will notify you of any changes in the firm's hourly rate structure. Our minimum billing unit is one-tenth of an hour, and services will be recorded and billed in tenths of an hour increments.

We will charge Redline Metals, Inc. for all activities undertaken in providing legal services to Redline Metals, Inc. under this Agreement, including but not limited to the following: conferences, including preparation and participation; preparation and review of correspondence, email and other documents; legal research and analysis; court and other appearances, including preparation and participation; and communications, including email, telephone, facsimile, in-person and other communications with you, other attorneys or persons involved with this matter, governmental agencies and any other party or person contact with whom is advisable for our representation. The legal personnel assigned to this matter may confer among themselves about the matter, as required. When they do confer, each will charge for the time expended. If more than one of our legal personnel attends a meeting, court hearing or other proceeding, each will charge for the time spent only if it is necessary in our judgment to have two or more personnel at the meeting, hearing or proceeding. We charge for waiting and portal-to-portal travel time, both local and out of town.

Currently our hourly rates range from $125.00 per hour for paralegals/legal assistants to $425.00 for lawyers. Redline Metals, Inc. agrees to pay our fees and costs based upon our then prevailing hourly rates and charges at the time the services are rendered.



You hereby authorize the secure destruction of your file seven years after it is closed, and agree that we shall have no liability for destroying any records, documents, or exhibits still in our possession at the end of five years. All future work for Redline Metals, Inc. in other matters will be handled in accordance with this Agreement at our regular hourly rates unless otherwise agreed upon.

**5.      Costs and Other Charges**. We will incur various costs and expenses in the normal course of performing legal services under this Agreement. Costs and expenses commonly include filing and recordation fees, court reporters' fees, computer legal research, messenger and other delivery services, postage, parking and other local travel expenses, telecopying, photocopying and other reproduction costs. You agree to pay transportation, meals, lodging and all other costs of any necessary travel by our personnel.  Redline Metals, Inc. will be charged the hourly rates for the time we spend traveling, both local and out of town.  Redline Metals, Inc. also agrees to pay for charges such as expert witness fees, title insurance fees, consultant and investigator fees, and the like. Photocopying is currently billed at $0.05 per page, and motor travel at IRS standards. The Chapter 11 filing fee is $1,717.00, which will be paid as part of the initial retainer. The firm reserves the right to require that certain costs, such as travel expenses, expert witness fees and deposition transcripts, be paid in advance directly by the client, or be paid into escrow before such costs are incurred.

**6.      Billing Statements**. Once your case has been filed, we will file a motion in the Bankruptcy Court for approval of our fees for services based on time and expenses up until the date of filing the Motion. We will always send you a copy of this motion with a detailed itemization of all fees and costs incurred and the basis for the fees and costs.

Upon Court approval of these fees, we will send you an itemized statement indicating fees and costs incurred and their basis, any amounts applied from the retainer, and any current balance owed, as well as any deductions requested by the Court if any. This billing statement will list the professionals who worked on your matter for that billing period with their hourly billing rates.

Should you have any questions concerning any statement, we encourage you to discuss them with us prior to the Court date listed on the Motion for Fees so that we may have an opportunity to resolve any misunderstandings in a mutually agreeable manner.

Any fees or costs due after application of your retainer, as determined by the Court and after approval of a fee application and notice to you, must be paid promptly.

Payment of fees and costs shall be made upon receipt of orders approving fees (or, after confirmation of your plan, upon receipt of invoices therefore), with payment received in our office no later than 5 days after the date of the order or invoice.



Penelope N. Bach                                                                                                    Paul M. Bach

**7.      Chapter 11 Filing.** The ultimate fees to be awarded the Firm for its representation of Redline Metals, Inc. in the Chapter 11 case must be approved by the Bankruptcy Court. Interim applications for compensation and reimbursement of expenses will be filed by the Firm with the Bankruptcy Court to obtain authorization for further payment. Generally, interim applications are made on a quarterly basis, but may be submitted more often.  Redline Metals, Inc. agrees to pay any award of compensation upon the entry of a Court order authorizing such award.

Redline Metals, Inc. agrees that you shall perform fully and conscientiously all the duties of a Debtor and Debtor-in-Possession under the Bankruptcy Code, and shall timely comply with all reasonable requests for information or reports by the U.S. Trustee, any Creditor's Committee, and the Firm. These duties may include, but are not limited to, gathering and reviewing all of the information necessary for filing a complete and accurate list of all assets, creditors, budget, a schedule of executory contracts and unexpired leases, the Statement of Financial Affairs, and the Statement of Current Income and Expenses. You acknowledge having received a Questionnaire assisting the Firm in completing such documents, and agrees to timely, completely, and accurately complete the Questionnaire.

If during the course of the bankruptcy you wish to sell, refinance or pledge as security real property or any of your other assets, you must let us know so that we can ask the Court for approval. If you do not do this, the property or asset may not be able to be legally transferred, refinanced or pledged, which can cause significant problems both with the transaction and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

Some debts, such as student loans, domestic support obligations (alimony, child support arrearages, etc.) and certain taxes, may not be dischargeable in your case. Liens, such as security interests, homeowner's liens and mortgages, may not released upon your confirmation, and you may need to make arrangements for the payment of such debts or surrender the property securing them after the conclusion of your case. Post-petition/pre-foreclosure homeowner's and condominium association charges are not discharged. You have been advised to close or draw down any financial account at an entity to which you owe or may owe money.

You authorize us to obtain information about your assets, credit (including credit reports), taxes, debts, income, expenses and other public and non-public information that may be used to verify and ensure the completeness of the information you provide to us. Such information may not be comprehensive or complete. It is obtained for background information and to aid our verification only. We will prepare your bankruptcy filings based upon information supplied by you. We will rely upon this information as being true, accurate, complete and correct. It is your responsibility to disclose your ownership or interest in and prior ownership or interest in all assets, regardless of value, and all debts and claims, regardless of amount. If a creditor is not listed, the debt to such creditor may not be discharged. If false, incorrect or incomplete information is included, or information is omitted, it can cause you additional effort and expense to remedy the error, may place the bankruptcy itself in jeopardy and could result in civil or criminal liability. It is vitally important that the information included in the bankruptcy schedules be complete and correct to avoid any problems. You will review all documents filed as part of your bankruptcy case, and your signature on those documents signifies that you have read and understood them, and agree with their



contents. In cases of joint representation of spouses, communication with one spouse will be deemed communication with both spouses. We may disclose to both spouses any facts disclosed by either spouse.

You must preserve all records and documents related in any way to this matter, including all electronic documents and data.

After your case is filed, unless otherwise instructed by this office, you must pay all taxes incurred after the date of filing (and file all necessary tax returns), maintain any required insurance, file all required monthly reports, pay quarterly U.S. Trustee fees and any adequate protection payments, and make all payments called for under your plan, once confirmed. Failure to do so may result in dismissal or conversion of your bankruptcy or sale of your property.

If during the course of the bankruptcy you wish to sell, refinance or pledge as security real property or any of your other assets, you must let us know so that we can ask the Court for approval. If you do not do this, the property or asset may not be able to be legally transferred, refinanced or pledged, which can cause significant problems both with the transaction and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

**8.      Discharge and Withdrawal.** You may discharge us at any time and we may withdraw from your representation after approval by the Court. Reasons for our withdrawal may include, but are not limited to, your breach of this Agreement, your failure to pay our bills as they become due, your refusal to cooperate with us or follow our advice on a material matter, or any fact or circumstance that would render our continuing representation of you unlawful, unethical or impracticable.

Upon cessation of our active involvement in any particular matter, even if we continue to represent you in other matters, we will have no duty to inform you of future developments, deadlines or changes in the law.

**9.      Disclaimer of Guarantee;** Risks. Nothing in this Agreement should be construed as a promise or guarantee about the outcome of any matter that we are handling on your behalf. Our comments about the outcome of matters pertaining to you are expressions of opinion only. There are risks in filing for bankruptcy, including the possible liquidation or loss of property. You also understand that the bankruptcy law is subject to different interpretations and that there are inherent risks in how Courts will apply various provisions. In a Chapter 11 you cannot dismiss your case without prior Court approval, and the case can be converted to Chapter 7 without your approval. Since approval of a Chapter 11 plan requires the consent of creditors, no guarantees or representations are made as to whether such approval will or can be obtained.

**10.     Entire Agreement**. This letter contains all of the terms of the agreement between us applicable to our representation and may not be modified except by a written agreement signed by both of us. There are no promises, terms, conditions or obligations applicable to our representation hereunder, except as expressly set forth in this



Penelope N. Bach                                                                                                    Paul M. Bach

Agreement, and the terms hereof supersede any previous oral or written agreements between us with respect to our representation hereunder.

**11.      Effective Date.** Please confirm that this letter accurately reflects our agreement, and that you understand and waive any potential conflicts of interest, by signing the duplicate copy of this Agreement and returning it to us along with your retainer amount stated above. The representation covered by this Agreement commences only upon the receipt by this office of such items.

If you have any questions concerning the provisions of this Agreement, please do not hesitate to call me. We look forward to the privilege of working with you.

Very truly yours,

*Paul M Bach*

*Paul M. Bach, Esq.*

UNDERSTOOD AND AGREED TO:

_____                          08/26/2024
                                                                                    _____
                                                                                    *Date*


_____                          _____
                                                                                    *Date*

6

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   Redline Metals, Inc.                     Case No.

                          Debtor(s)         Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                          128

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    August 27, 2024            /s/ David Wong

                                           David Wong/President
                                           Signer/Title

2A :Logistics
1906 Riedmiller Ave.
Fort Wayne, IN 46801


631821 Target Metal Blanking
P.O. Box 63182
Cincinnati, OH 45263


Abest Scale Company
P.O. Box 3735
Lisle, IL 60532


Airgas USA, LLC
P.O. Box 734445
Chicago, IL 60673-4445


AIS, Inc.
1815 S. Meyers Road Suite 820
Villa Park, IL 60181


Alliance Pension Consultants, LLC
1751 Lake Cook Road Suite 400
Deerfield, IL 60015


Altorfer CAT
301 S. Mitchell Ct.
Addison, IL 60101


Altorfer Industiries
P.O. Box 809239
Chicago, IL 60680


American Express
P.O. Box 0001
Los Angeles, CA 90096-8000


American Hydaulics Inc.
P.O. Box 254
Muskego, WI 53150


Anthony Crocilla
C/O TImothy J. Keiser
GWC Injury Lawyers LLC 111 E Wacker Dr S
Chicago, IL 60601


Avenue Logistics
P.O. Box 7410491
Chicago, IL 60674


B & B Metal Processing
14520 Pioneer Road
Newton, WI 53063


B2B Industrial Packaging
313 S. Rohlwing Road
Addison, IL 60101

Better Business Bureau
121 W. Wacker Drive Suite 2000
Chicago, IL 60601


Blade Core
155 Main Street
Superior, WI 54880


Blades Machinery Co.
750 Nicholas Blvd.
Elk Grove Village, IL 60007


BMW Financial
P.O. Box 9001065
Louisville, KY 40290


BMW FInancial
P.O Box 9001065
Louisville, KY 40290


BMW Financial Services
P.O. Box 9001065
Louisville, KY 40290


Burke & Handley
799 Roosevelt Road Building 6 Suite 108
Glen Ellyn, IL 60137


Capstone Logistics
P.O Box 74008032
Chicago, IL 60674


CD Terminal LLC
978 Riverview Drive
Winona, MN 55987


CE Rentals
441 W Lake St.
Elmhurst, IL 60126


Charter Steel Trading
4401 W. Roosevelt Road
Chicago, IL 60624


Chase
Cardmember Services PO Box 1423
Charlotte, NC 28201-1423


Chicago Industrial
6250 N. River Road #60252
Des Plaines, IL 60018


Chicago Industrial TT, LLC
c/o Stream Realty Partner, LP
6250 N River Road, Suite 6025
Rosemont, IL 60018

Combined Resources, Inc.
1750 W. Fullerton Ave
Addison, IL 60101


Company Wrench, Ltd
PO Box 5068
Greensburg, PA 15601-5058


Constellation Newenergy, INC.
PO Box 4640
Carol Stream, IL 60197-4640


Cooler Logistics LLC
820 W Jackson Blvd, Suite 490
Chicago, IL 60607


Countrywide Transportaion, Inc
211 W Chicago Ave Suite 219
Hinsdale, IL 60521


Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374-2636


CR 1255 Gilford, LLC
C/O Megan McGillivary
205 West Randolph Suite 2300
Chicago, IL 60606


CR Realty Partners
565 Green Bay
Highland Park, IL 60035


Cream City Scale LLC
4300 N Bell School Rd.
Loves Park, IL 61111


Cynthia Wong-Williams
303 Collen Dr.
Lombard, IL 60148


D.W. Nelson Enterprises, Inc.
23W636 Saint Charles Rd
Carol Stream, IL 60188


David F. Wong
1370 Quarter Horse Ct.
Wheaton, IL 60189


David Wong


Davis BanCorp

DC Tricore, Inc.
1414 Jacobson Drive
Waukegan, IL 60085


Delage Landen
1111 Old Eagle School
Wayne, PA 19087


Delta Metal Craft
241 Covington Drive
Bloomingdale, IL 60108


Detection Systems
1035 Havens Court
Downers Grove, IL 60515


Discover Business Card
PO Box 6103
Carol Stream, IL 60197-6103


DLL Financial Solutions Partner
PO Box 824018
Philadelphia, PA 19182


Don A. Brown, Clerk
Illinois Pollution Control Board
60 E. Van Buren St., Ste. 630
Chicago, IL 60605


eCapital Freight Factoring c/o Dragonhaw
PO Box 206773
Dallas, TX 75320-6773


Equipment Depot
PO Box 855915
Minneapolis, MN 55485-5915


Euler Hermes Services NA LLC
c/o Finance Department
100 International Drive, 22nd Floor
Baltimore, MD 21202


Eyewitness Acquisition LLC
DBA Stealth Monitoring PO Box 75249
Chicago, IL 60675-5249


Ferrous Processing & Trading
Attn: Accounts Receivable
3400 E. Lafayette
Detroit, MI 48207


First Star Logistics, Inc
P.O. Box 912394
Denver, CO 80291-2394

Fortis Metal Manangement
3800 Maper St. Suite 380
Dallas, TX 75219


Fox valley Shooting Range
780 S. McLean Blvd
Elgin, IL 60123


Garduno'S Logistics
6721 W. 85th St.
Burbank, IL 60459


GFL Enviromental Services, USA, Inc.
18927 Hickory Creek Dr. STE 200
Mokena, IL 60448


Gilbert Trucking, LLC
PO Box 537
Joliet, IL 60434


IGT Logistics Inc
PO BOX 94565
Cleveland, OH 44101


Illinois Attorney General
500 South Second Street
Springfield, IL 62701


Illinois Department of Employ Sec
P.O. Box 19300
Springfield, IL 62794


Illinois Department of Employment Securi
33 S State St BPC 8th FL
Chicago, IL 60603


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794


IMS Buhrke-Olson
511 W. Algonquin Road
Arlington Heights, IL 60005-4499


IMS Engineered Products
1 Innovation Dr.
Des Plaines, IL 60016


Infinity Financial
P.O. Box 740596
Cincinnati, OH 45274


Integrity Express Logistics
62488 Collections Center Drive
Chicago, IL 60693

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J.C. Hose & Tube
236 S. LaLonde Ave
Addison, IL 60101


Jeffrey J. Liotta
13485 Bishops Drive Suite 300
Brookfield, WI 53005


Joseph A. Wyly, Esq
15182 Marsh Ln
Addison, TX 75001


Kurt Carlson
Carlson Dash
216 S. Jefferson Street, Suite 303
Chicago, IL 60661


Kurt Carlson
216 S. Jefferson Street, Suite 303
Chicago, IL 60601


Laser Center
1001 Morse Ave
Schaumburg, IL 60193


Lechner Services
420 Kingston Court
Mount Prospect, IL 60056


Longship
P.O. Box 2220
Lexington, KY 40588


M & K National Lease
P.O. Box 268
Byron Center, MI 49315


M&K National Lease
P.O. Box 268
Byron Center, MI 49315


Mackie Consultants
9575 W. Higgins Road, Suite 500
Rosemont, IL 60018


Maximum Towing & Recovery
5300 W Lake St
Melrose Park, IL 60160

McLean - Fogg Component Solutions LLC
C/O FactorLaw
105 W. Madison St., Suite 2300
Chicago, IL 60602


National Grid
4651 Crossroads Park Drive
Liverpool, NY 13088


Nicor
PO Box 5407
Carol Stream, IL 60197-5407


Oberg Freight
22153 Old Highway 169
Fort Dodge, IA 50501


Occupational Health Centers of Illinois
P.O. Box 488
Lombard, IL 60148-0488


ODM Tool & Manufacturing
9550 Joliet Road
McCook, IL 60525


Old Second National Bank
Attention: Loan Servicing 1st Floor NOE
37 S River St.
Aurora, IL 60506


Old Second National Bank
37 N. River Street
Aurora, IL 60506


Old Second National Bank
711 S. Westmore/Meyers Road
Lombard, IL 60148


OTR Transportation
7 Easton Oval
Columbus, OH 43260


Packaging Personified
246 Kehoe Blvd
Carol Stream, IL 60188


Panzerz Recycling
W5865 County Line Road
Elkhart Lake, WI 53020


Pomp's Tire Service, Inc.
P.O. Box 88697
Milwaukee, WI 53288-8697

Porsche
75 Remittance Dr. #1738
Chicago, IL 60675


Priority-1, Inc.
PO Box 840808
Dallas, TX 75284-0808


R&R Express
P O Box 72124
Cleveland, OH 44192


Rathje Woodward, LLC
300 East Roosevelt Road Suite 300
Wheaton, IL 60187


Richard Williams
303 Collen Drive
Lombard, IL 60148


RKG
515, Al Khaleej Center Bur
Dubai, Dubai


Roland Machinery CO. NW 7899,
P.O. Box 1450
Minneapolis, MN 55485-7899


Royce Corporation
20900 NE 30th Avenue Suite 915
Miami, FL 33180


RTTR Truck Center
449 Randy Rd
Carol Stream, IL 60188


Ryder Transportation Services
P.O. Box 96723
Chicago, IL 60693-6723


Schneider National, Inc
2567 Paysphere Circle
Chicago, IL 60674


Semblex Corporation
900 N. Church Road
Elmhurst, IL 60126


Silgan Containers LLC
3709 Collections Center Drive
Chicago, IL 60693


Silgan Containers LLC - 115
3709 Collections Center Drive
Chicago, IL 60693

Southland
Po Box 150924
Ogden, UT 84415

SPI Staffing
14 Congress Circle
Roselle, IL 60172

Stanley Lande & Hunter
201 West Second Street, Suite 1000
Davenport, IA 52801

Star Line Freight
PO BOX 510744
New Berlin, WI 53151-0410

Stateline Recycling, Inc.
322 S. Crosby Ave
Janesville, WI 53548

Sterig Hydraulics
150 Tyler Creek Plaza
Elgin, IL 60123

Sycamore Creek Trucking
3009 Wisconsin St.
Le Claire, IA 52753

Town Trucking Co
4538 Lawndale Ave
Lyons, IL 60534

TRM Trucking
800 Bowes Rd
South Elgin, IL 60177

TSB Metal Recycling LLC
28804 Network Place
Chicago, IL 60673-1288

Uline Attn: Accounts Payable
PO BOX 88741
Chicago, IL 60680-1741

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604

VFG
P.O. Box 100
Memphis, TN 38148

Vision Financial Group
PO Box 1000 Dept # 0065
Memphis, TN 38148-0065

Warren Oil Co. Inc
PO Box 2279
Hammond, IN 46323


Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648


Wastebuilt Enviromental Solutions
PO Box 75152
Chicago, IL 60675-7515


Wonderland Tire Company
1550 Huntington Dr.
Calumet City, IL 60409


Zeeland Freight Services, LLC
PO Box 290
Zeeland, MI 49464

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   Redline Metals, Inc.

                         Debtor(s)

Case No.

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Redline Metals, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

August 27, 2024

Date

/s/ Paul M. Bach

Paul M. Bach

Signature of Attorney or Litigant

Counsel for   Redline Metals, Inc.

Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065
 Fax:
paul@bachoffices.com