**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In re: Redline Metals, Inc.   Case Number: 24-12590

An appearance is hereby filed by the undersigned as attorney for:
KKSP Precision Machining, LLC

Attorney name (type or print): John "Jack" R. O'Connor

Firm: Levenfeld Pearlstein, LLC

Street address: 120 S. Riverside Plaza, Suite 1800

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6302674
(See item 3 in instructions)

Telephone Number: (312) 346-8380

Email Address: joconnor@lplegal.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 5, 2024

Attorney signature: S/ Jack R. O'Connor
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023