Redline Metals, Inc.
List of Critical Vendors

| Company | Address | City, State Zip |
|---|---|---|
| FIC America Corporation | 485 East Lies Road | Carol Stream, IL 60188 |
| Charter Steel Trading | 4401 W. Roosevelt Road | Chicago, IL 60624 |
| Com2 Recycling Solutions | 500 Kehoe Blvd | Carol Stream, IL 60188 |
| B&O Metal Recycling | 800 Brickville Road | Sycamore, IL 60178 |
| A&A Midwest | PO Box 9278 | Chicago, IL 60609 |
| A&R Machine | 12340 S. Keeler Ave | Alsip, IL 60803 |
| AAA Scrap | 4630 W. Armitage Ave | Chicago, IL 60639 |
| Advanced Automotive Grinding | 1355 Holmes Road Unit B | Elgin, IL 60120 |
| Aircraft Propeller Service | 595 Telser Road | Lake Zurich, IL 60047 |
| Alps Wire Rope | 2530 Prodcution Dr | St. Charles, IL 60174 |
| American Airlines | PO Box 66033 MD 400 | Chicago, IL 60666 |
| Any Temp | 336 Gunderson Dr Suite E | Carol Stream, IL 60188 |
| Article 2 Gun Range | 250 Cortland Ave | Lombard, IL 60148 |
| Best Technology Systems | 12024 S Aero Dr | Plainfiled, IL 60544 |
| Branko Perforating | 8520 194th Ave | Bristol, WI 53104 |
| Brucher Machine | 1030 Atlantic Dr | West Chicago, IL 60185 |
| Chicago Blower Corporation | 1675 Glen Ellyn Road | Glendale Heights, IL 60139 |
| Cozzini Brothers, Inc. | 1455 Greenleaf | Elk Grove Village, IL 60007 |
| Dresilker Electric Motors | 352 Roosevelt Road | GlenEllyn, IL 60137 |
| DuPage Machine Products | 311 Longview Dr | Bloomingdale, IL 60108 |
| Eclipse Precision | 1640 Jarvis Ave | Elk Grove Village, IL 60007 |
| Delta Metal Craft | 241 Covington Drive | Bloomingdale, IL 60108 |
| EMS Industrial | PO Box 548 | Richmond, IL 60071 |
| Ernie's Scrap Metal | 1170 St. Charles Road | Elgin, IL 60120 |
| Executive Recycling | 1545 W. Wrightwood Ct | Addison, IL 60101 |
| FedEx | PO Box 10306 | Palatine, IL 60055 |
| Fox Tool | 900 Dieckman St | Woodstock, IL 60098 |
| Goding Electric | 686 East Fullerton | Glendale Heights, IL 60139 |
| Graybar Electric | 1 Pierce Place Ste 800 | Itasca, IL 60143 |
| Groot, Inc. | 1330 Gasket Dr | Elgin, IL 60120 |
| Lezara Company | 7307 Duvan Dr Suite B | Tinley Park, IL 60477 |
| The M&R Companies | 440 Medinah Road | Roselle, IL 60172 |
| MAAC Machinery | 590 Tower Blvd | Carol Stream, IL 60188 |
| Masonite International | 1955 Powis Road | West Chicago, IL 60185 |
| Olympik Signs | 1130 N. Garfield | Lombard, IL 60148 |
| Patriot Iron | 500 N. Manheim | Hillside, IL 60162 |
| Pirtano Contstruction | 1766 Armitage Ct | Addison, IL 60101 |
| Porter Pipe | 401 S. Rohlwing Road | Addison, IL 60101 |
| Quality Fabricators | 1035 W. Fullerton Ave | Addison, IL 60101 |
| RC Coil Spring Mfg | 490 Mitchell Road | Glendale Heights, IL 60139 |
| Reliance Gear | 616 W. Lamont Road | Elmhurst, IL 60126 |
| Revcor | 251 Edwards Ave | Carpentersville, IL 60110 |
| Rockaway Recycling | 311 W. Main St | Rockaway, NJ 07866 |
| Safran Metal Company | 1685 N. Elston Ave | Chicago, IL 60642 |
| Share Machine | 2175 Rochester Dr | Aurora, IL 60506 |
| Simmons Knife | 400 Regency Drive | Glendale Heights, IL 60139 |

Redi-Cut Metals, Inc.
List of Critical Vendors

| | | |
|---|---|---|
| Soudan Metals | PO Box 09044 | Chicago, IL 60609 |
| Specific Press | 9439 Enterprise Dr #8319 | Mokena, IL 60448 |
| Star Engineering | 1480 Bernard Dr Ste D | Addison, IL 60101 |
| Star Manufacturing | PO Box 369 | Dekalb, IL 60115 |
| Sumitomo Drive | 175 W. Lake St | Glendale Heights, IL 60139 |
| The Range at 355 | 9003 Murphy Road | Woodridge, IL 60517 |
| The Recy Group | 39W190 Preston Cir | Geneva, IL 60134 |
| Thomas Electronics | 208 Davis Parkway | Clyde, NY 14433 |
| Tibor Machine Products | 7400 W. 100th Place | Bridgeview, IL 604455 |
| Unitd Steel Group | 3945 25th Ave | Schiller Park, IL 60176 |
| Vitco Steel Supply | PO Box 220 | Posen, IL 60469 |
| Weiler | 1395 Gateway Dr | Elgin, IL 60120 |
| WPA Works | 47 W. Commercial Ave | Addison, IL 60101 |
| Village of Oak Park | 201 South Blvd | Oak Park. IL 60302 |
| Elmhurst Public Works | 209 N. York | Elmhurst, IL 60126 |

**Exhibit 1**

**(Proposed Trade Agreement)**
_____, 2024
TO: [Critical Vendor]
[Name]
[Address]

### Trade Agreement

As you may be aware, August 27, 2024 (the "Petition Date"), Redline Metals, Inc., (the "Debtor"), filed a voluntary petition commencing a bankruptcy case (the "Bankruptcy Case") under chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court").

The Debtor has requested the Bankruptcy Court's authority to pay certain vendors and service providers in recognition of the importance of our relationship with such vendors and service providers. On _____, 2024, the Bankruptcy Court entered an order (the "Order") authorizing us, under certain conditions, to pay pre-bankruptcy claims of certain vendors and service providers that agree to be bound by the terms of the Order and to the terms set forth below. A copy of the Order is attached.

To receive payment on pre-bankruptcy claims, we require you to agree to supply goods and/or services to the Debtor based on "Customary Trade Terms." Customary Trade Terms are trade terms that are the same or better than the trade terms that existed immediately prior to the Petition Date.

For purposes of administration of this trade program as authorized by the Bankruptcy Court (the "Trade Payment Program"), the Debtor and you agree as follows:

1. For purposes of this Trade Agreement, the estimated balance of your prepetition claim (accounting for any setoffs, credits or discounts) (the "Prepetition Claim") is $_____. The Prepetition Claim will be paid as follows: **[_____].**

Notwithstanding our agreement to pay the Prepetition Claim, it will be necessary for you to file a proof of claim in the Bankruptcy Case to officially evidence the Prepetition Claim. You will receive notice of the bar date for **filing a proof of claim** at a later date. You hereby agree to accept payment in the amount of the Prepetition Claim in full and complete satisfaction of any and all amounts owed to you by the Debtor for the period ending on the Petition Date, and you hereby waive any right to assert or seek payment of any amount for the period prior to the Petition Date that exceeds the Prepetition Claim. In particular, you agree that your proof of claim will not be filed in an amount that exceeds the Prepetition Claim.

2. The open trade balance or credit line that you will extend to the Debtor for delivery of post-petition metal is $_____ (which shall not be less than the greater of the open trade balance outstanding: (a) on _____, 2024, or (b) on normal and customary terms on an historical basis for the period prior to the Petition Date.

3. In consideration for the payment described herein, you agree not to file or otherwise assert against any or all of the Debtor, its estate or any other person or entity or any of its respective assets or property (real or personal) any lien (a "Lien"), a claim for reclamation (a "Reclamation Claim"), or a claim under section 503(b)(9) of the Bankruptcy Code (a "503(b)(9) Claim"), regardless of the statute or other legal authority upon which such Lien, Reclamation Claim, or 503(b)(9) Claim may be asserted, related in any way to any remaining prepetition amounts allegedly owed to you by the Debtor arising from agreements or other arrangements entered into prior to the Petition Date; and, to the extent you have already obtained or otherwise asserted such a Lien, Reclamation Claim, or 503(b)(9) Claim, you shall take (at your own expense) whatever actions are necessary to remove such Lien or withdraw such Reclamation Claim or 503(b)(9) Claim unless your participation in the Trade Payment Program authorized by the Order is terminated.

4. If your Prepetition Claim arises under a contract with the Debtor, you also agree not to file a motion to compel assumption or rejection of the contract.  Payment of your Prepetition Claim in the manner set forth in the Order may occur upon execution of this letter by a duly authorized representative of your company and the return of this letter to the Debtor. Your execution of this letter agreement and the return of the same to the Debtor constitute an agreement by you and the Debtor:
(a) to the Customary Trade Terms and, subject to the reservations contained in the Order, to the amount of the Prepetition Claim set forth above;
(b) that, for at least during the pendency of the Bankruptcy Case, you will continue to supply the Debtor with metal under the Customary Trade Terms and any terms set forth herein and that the Debtor will pay for such goods and/or services in accordance with the terms hereof;
(c) that you have reviewed the terms and provisions of the Order and acknowledge that you are bound by such terms; and
(d) that if either the Trade Payment Program or your participation therein terminates as provided in the Order, any payments received by you on account of your Prepetition Claim will be deemed to have been in payment of post-petition obligations owed to you and you will immediately repay to the Debtor any payments made to you on account of your Prepetition Claim to the extent that the aggregate amount of such payments exceed the post-petition obligations, without the right of any setoffs, claims, provision for payment of reclamation or trust fund claims, or other defense.

5.  The Debtor and you also hereby agree that any dispute with respect to this agreement, the Order and/or your participation in the Trade Payment Program shall be determined by the Bankruptcy Court.

Please indicate your agreement to the terms hereof by returning a signed copy of this letter to David Wong.


_____          _____
Debtor                                                   Critical Vendor