UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

In re:

   Redline Metals, Inc.                       Case No. 24-12590
                                             Chapter 11
              Debtor.

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the law firm of DeWitt LLP, by Craig E. Stevenson, has been retained by Creditors, B&B Metals Processing Co., Inc and Panzerz Recycling Co. LLC, in this bankruptcy. Any and all pleadings, correspondence, notices, etc. subsequent to this date should be addressed to the undersigned.

Dated this 16th day of September, 2024.

**DeWitt LLP**

By: *s/ Craig E. Stevenson*
     Craig E. Stevenson, SBN 1060082
     25 West Main Street, Suite 800
     Madison, WI 53703
     608-255-8891
     ces@dewittllp.com

Attorneys for Creditors, B&B Metals Processing Co., Inc. and Panzerz Recycling Co. LLC