**Fill in this information to identify the case:**

Debtor name    Redline Metals, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   1:24-bk-12590

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 20, 2024    **X** /s/ David Wong
                                 Signature of individual signing on behalf of debtor

                                   David Wong
                                   Printed name

                                   President
                                   Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Redline Metals, Inc._____

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION___

Case number (if known) ___1:24-bk-12590_____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Old Second NA | Checking | 4584 | $11,032.61 |
| 3.2. | Old Second NA | Checking | 4570 | $0.00 |
| 3.3. | Republic Bank | Checking | 7792 | $7,535.36 |
| 3.4. | Republic Bank | Checking | 3338 | $178,751.38 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     | $197,319.35 |
     |---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**

Debtor   Redline Metals, Inc.                                   Case number *(If known)*  1:24-bk-12590
_____Name_____

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Deposit on Trucks with M&K National Lease | $15,657.00 |
| 7.2. | Deposit for 930 N. DuPage Lease | $15,448.00 |
| 7.3. | Deposit on Elgin Yard - 1255 Gifford | $12,500.00 |
| 7.4. | Deposit on 901 N. DuPage lease | $24,276.74 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                    $67,881.74

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 600.00 | - | 0.00 | = .... | $600.00 |
| 11a. 90 days old or less: | 400.00 | - | 0.00 | = .... | $400.00 |
| 11a. 90 days old or less: | 134,290.00 | - | 0.00 | = .... | $134,290.00 |
| 11a. 90 days old or less: | 1,400.00 | - | 0.00 | = .... | $1,400.00 |
| 11a. 90 days old or less: | 15,849.00 | - | 0.00 | = .... | $15,849.00 |
| 11a. 90 days old or less: | 90,403.00 | - | 0.00 | = .... | $90,403.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page  2

| Debtor | Redline Metals, Inc. | Case number *(If known)* 1:24-bk-12590 |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 6,227.00 | - | 0.00 = .... | $6,227.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | 800.00 | - | 0.00 = .... | $800.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | 196.00 | - | 0.00 = .... | $196.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | 54,619.00 | - | 0.00 = .... | $54,619.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | 800.00 | - | 0.00 = .... | $800.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | 30,945.00 | - | 0.00 = .... | $30,945.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | 660.00 | - | 0.00 = .... | $660.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | 405.00 | - | 0.00 = .... | $405.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | 6,044.00 | - | 0.00 = .... | $6,044.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | 10,969.00 | - | 0.00 = .... | $10,969.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | 10,221.00 | - | 0.00 =.... | $10,221.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | 200.00 | - | 0.00 =.... | $200.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | 5,280.00 | - | 0.00 =.... | $5,280.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor     Redline Metals, Inc._____     Case number *(If known)*  1:24-bk-12590
            Name

11b. Over 90 days old:          870.00        -          0.00      =....                    $870.00
                                 face amount                doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                          $371,178.00
      Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies**<br>Misc. Inventory | | $0.00 | | $12,850,000.00 |

23.   **Total of Part 5.**                                                          $12,850,000.00
      Add lines 19 through 22.   Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☒ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☒ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Redline Metals, Inc.                                    Case number *(If known)*  1:24-bk-12590
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** <br> See attached depreciation schedule | $0.00 | | $90,000.00 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| | Current value |
|---|---|
| | $90,000.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   See attached depreciation schedule | $0.00 | | $1,114,000.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.   Trailers - See attached depreciation schedule | $0.00 | | $739,000.00 |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** <br> Misc. Equipment - See attached depreciation schedule | $0.00 | | $1,178,100.00 |
| Misc. project equipment - See attached depreciation schedule | $0.00 | | $2,064,000.00 |
| Scales - See attached depreciation schedule | $0.00 | | $261,600.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Redline Metals, Inc. | Case number *(If known)* 1:24-bk-12590 |
|---|---|---|
| | Name | |

| Bins - See attached depreciation schedule | $0.00 | $3,012,900.00 |
|---|---|---|

51. **Total of Part 8.**
    Add lines 47 through 50.   Copy the total to line 87.

    | $8,369,600.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☒ No.   Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.   Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.   Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | Redline Metals, Inc. | Case number *(If known)* | 1:24-bk-12590 |
|---|---|---|---|
| | *Name* | | |

---

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $197,319.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $67,881.74 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $371,178.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $12,850,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $90,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,369,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,945,979.09 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,945,979.09 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

REDLINE METALS, INC.                    36-3962306

BOOK DEPRECIATION

# 2023 Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Current Value | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Method | Convention | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BALER | 03/04/2016 | 7,050. | | | 15000 | 7,050. | 6,881. | 7,050. | SL | N/A | 7.000 | | | | 169. |
| BALER | 03/07/2016 | 8,152. | | | 15000 | 8,152. | 7,960. | 8,152. | SL | N/A | 7.000 | | | | 192. |
| 2 TRUCKS | 05/11/2016 | 84,719. | | | 70000 | 84,719. | 80,686. | 84,719. | SL | N/A | 7.000 | | | | 4,033. |
| 2 TRAILERS | 05/17/2016 | 5,916. | | | 25000 | 5,916. | 5,563. | 5,916. | SL | N/A | 7.000 | | | | 353. |
| DELL COMPUTER | 03/10/2016 | 2,018. | | | | 2,018. | 2,018. | 2,018. | SL | N/A | 5.000 | | | | |
| DRY VANS | 06/16/2016 | 7,970. | | | 10000 | 7,970. | 7,403. | 7,970. | SL | N/A | 7.000 | | | | 567. |
| FORKLIFT | 05/31/2016 | 56,280. | | | 25000 | 56,280. | 37,051. | 42,679. | SL | N/A | 10.000 | | | | 5,628. |
| FUCHS | 12/30/2016 | 592,381. | | | 250000 | 592,381. | 355,428. | 414,666. | SL | N/A | 10.000 | | | | 59,238. |
| HOPPERS | 01/06/2016 | 7,367. | | | 75000 | 7,367. | 3,437. | 3,928. | SL | N/A | 15.000 | | | | 491. |
| HOPPERS | 02/05/2016 | 10,576. | | | 11000 | 10,576. | 4,876. | 5,581. | SL | N/A | 15.000 | | | | 705. |
| HOPPERS | 12/29/2016 | 14,353. | | | 15000 | 14,353. | 5,742. | 6,699. | SL | N/A | 15.000 | | | | 957. |
| HOPPERS | 01/07/2016 | 19,300. | | | 20000 | 19,300. | 9,009. | 10,296. | SL | N/A | 15.000 | | | | 1,287. |
| HOPPERS | 01/22/2016 | 10,600. | | | 11000 | 10,600. | 4,890. | 5,597. | SL | N/A | 15.000 | | | | 707. |
| HOPPERS | 02/03/2016 | 9,800. | | | 10000 | 9,800. | 4,517. | 5,170. | SL | N/A | 15.000 | | | | 653. |
| HOPPERS | 02/16/2016 | 6,700. | | | 7000 | 6,700. | 3,054. | 3,501. | SL | N/A | 15.000 | | | | 447. |
| HOPPERS | 02/19/2016 | 4,000. | | | 4000 | 4,000. | 1,824. | 2,091. | SL | N/A | 15.000 | | | | 267. |
| LAPTOP | 12/29/2016 | 3,515. | | | | 3,515. | 3,515. | 3,515. | SL | N/A | 5.000 | | | | |
| 2 LUGGERS | 07/01/2016 | 2,000. | | | 6000 | 2,000. | 1,300. | 1,500. | SL | N/A | 10.000 | | | | 200. |
| LUGGERS | 02/01/2016 | 5,353. | | | 9000 | 5,353. | 3,701. | 4,236. | SL | N/A | 10.000 | | | | 535. |
| LUGGERS | 04/12/2016 | 3,500. | | | 6000 | 3,500. | 2,363. | 2,713. | SL | N/A | 10.000 | | | | 350. |
| LUGGERS | 04/28/2016 | 1,500. | | | 3000 | 1,500. | 1,500. | 1,500. | SL | N/A | 5.000 | | | | |
| LUGGERS | 11/15/2016 | 2,701. | | | 3000 | 2,701. | 2,701. | 2,701. | SL | N/A | 5.000 | | | | |
| LUGGERS | 11/21/2016 | 2,701. | | | 3000 | 2,701. | 1,643. | 1,913. | SL | N/A | 10.000 | | | | 270. |
| PORTABLE TRUCK SCALE | 12/16/2016 | 5,000. | | | 8000 | 5,000. | 4,284. | 5,000. | SL | N/A | 7.000 | | | | 716. |
| ROLL-OFFS | 12/28/2016 | 29,547. | | | 48000 | 29,547. | 11,820. | 13,790. | SL | N/A | 15.000 | | | | 1,970. |
| SCALE | 01/17/2016 | 4,032. | | | 7500 | 4,032. | 3,984. | 4,032. | SL | N/A | 7.000 | | | | 48. |
| SCALE | 03/16/2016 | 8,575. | | | 10000 | 8,575. | 8,269. | 8,575. | SL | N/A | 7.000 | | | | 306. |
| SCALE | 04/15/2016 | 7,662. | | | 10000 | 7,662. | 7,391. | 7,662. | SL | N/A | 7.000 | | | | 271. |
| SHREDDER | 09/02/2016 | 2,479. | | | 5000 | 2,479. | 1,571. | 1,819. | SL | N/A | 10.000 | | | | 248. |
| TRM DUMP | 06/11/2016 | 30,000. | | | 25000 | 30,000. | 28,216. | 30,000. | SL | N/A | 7.000 | | | | 1,784. |
| WATCHDOG - SECURITY | 01/11/2016 | 27,695. | | | | 27,695. | 27,695. | 27,695. | SL | N/A | 5.000 | | | | |
| HOPPERS | 02/29/2016 | 11,156. | | | 15000 | 11,156. | 5,084. | 5,828. | SL | N/A | 15.000 | | | | 744. |
| GMC ACADIA | 02/23/2008 | 44,183. | | | 5000 | 44,183. | 44,183. | 44,183. | 200DB | HY | | | | | |
| FURNITURE & EQUIP | 07/01/2008 | 2,827. | | | 2000 | 2,827. | 2,827. | 2,827. | SL | N/A | 7.000 | | | | |
| OFFICE EQUIPMENT | 03/11/2011 | 2,155. | | | 2000 | 2,155. | 308. | 308. | SL | N/A | 7.000 | | | | |
| LEASEHOLD IMPROVE | 07/01/2008 | 2,000. | | | | 2,000. | 153. | 204. | SL | N/A | 39.000 | | | | 51. |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |

*Assets Retired

REDLINE METALS, INC.

36-3962306

BOOK DEPRECIATION

# 2023 Depreciation

| Description of Property | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EQUIPMENT | 07/01/2009 | 8,388. | | | | 8,388. | | | SL | N/A | 7.000 | | | | |
| EQUIPMENT | 07/01/2010 | 48,562. | | | 40000 | 48,562. | 48,562. | 48,562. | SL | N/A | 7.000 | | | | |
| CHOPPER | 12/31/2011 | 133,235. | | | 125000 | 133,235. | 19,034. | 19,034. | SL | N/A | 7.000 | | | | |
| BOXES (METHODE) | 02/16/2011 | 4,000. | | | 2000 | 4,000. | 619. | 619. | SL | N/A | 7.000 | | | | |
| EQUIPMENT | 07/01/2012 | 4,522. | | | | 4,522. | 646. | 646. | SL | N/A | 7.000 | | | | |
| EQUIPMENT | 07/01/2012 | 11,166. | | | | 11,166. | 1,595. | 1,595. | SL | N/A | 7.000 | | | | |
| FURNITURE & EQUIP | 07/01/2013 | 546,400. | | | 100000 | 546,400. | 78,057. | 78,057. | SL | N/A | 7.000 | | | | |
| FURNITURE & EQUIP | 07/01/2014 | 524,252. | | | 150000 | 524,252. | 149,786. | 149,786. | SL | N/A | 7.000 | | | | |
| FURNITURE & EQUIP | 07/01/2015 | 735,550. | | | 250000 | 735,550. | 315,237. | 315,237. | SL | N/A | 7.000 | | | | |
| LUGGERS | 01/03/2017 | 10,500. | | | 12000 | 10,500. | 6,300. | 7,350. | SL | N/A | 10.000 | | | | 1,050. |
| DRY VAN | 02/06/2017 | 5,628. | | | 10000 | 5,628. | 4,757. | 5,561. | SL | N/A | 7.000 | | | | 804. |
| LAND IMPROVEMENTS | 03/08/2017 | 28,572. | | | | 28,572. | 6,474. | 8,160. | 150DB | HY | | | | | 1,686. |
| HOPPERS | 03/22/2017 | 6,400. | | | 8000 | 6,400. | 2,455. | 2,882. | SL | N/A | 15.000 | | | | 427. |
| BENLEE - TRAILER | 03/29/2017 | 27,624. | | | 30000 | 27,624. | 22,690. | 26,636. | SL | N/A | 7.000 | | | | 3,946. |
| SCALE | 03/31/2017 | 75,000. | | | 50000 | 75,000. | 61,606. | 72,320. | SL | N/A | 7.000 | | | | 10,714. |
| 2 OFFICE TRAILERS | 03/31/2017 | 10,000. | | | 10000 | 10,000. | 8,216. | 9,645. | SL | N/A | 7.000 | | | | 1,429. |
| BALER - NF | 04/19/2017 | 86,212. | | | 25000 | 86,212. | 69,791. | 82,107. | SL | N/A | 7.000 | | | | 12,316. |
| SCALE | 05/04/2017 | 6,723. | | | 10000 | 6,723. | 5,440. | 6,400. | SL | N/A | 7.000 | | | | 960. |
| HOPPERS | 05/20/2017 | 6,897. | | | 10000 | 6,897. | 2,568. | 3,028. | SL | N/A | 15.000 | | | | 460. |
| BALER | 06/29/2017 | 15,620. | | | | 15,620. | 8,591. | 10,153. | SL | N/A | 10.000 | | | | 1,562. |
| LAND IMPROVEMENTS | 07/17/2017 | 23,777. | | | | 23,777. | 5,388. | 6,791. | 150DB | HY | | | | | 1,403. |
| ROLL-OFF | 02/16/2017 | 5,954. | | | 8000 | 5,954. | 2,316. | 2,713. | SL | N/A | 15.000 | | | | 397. |
| HOPPERS | 02/16/2017 | 6,112. | | | 8000 | 6,112. | 2,375. | 2,782. | SL | N/A | 15.000 | | | | 407. |
| ROLL-OFF | 02/24/2017 | 5,954. | | | 8000 | 5,954. | 2,316. | 2,713. | SL | N/A | 15.000 | | | | 397. |
| LUGGER | 04/25/2017 | 1,985. | | | 3000 | 1,985. | 1,127. | 1,326. | SL | N/A | 10.000 | | | | 199. |
| LUGGER | 04/28/2017 | 2,922. | | | 3000 | 2,922. | 1,655. | 1,947. | SL | N/A | 10.000 | | | | 292. |
| LUGGER | 05/01/2017 | 2,150. | | | 3000 | 2,150. | 1,218. | 1,433. | SL | N/A | 10.000 | | | | 215. |
| LUGGER | 05/16/2017 | 2,701. | | | 3000 | 2,701. | 1,508. | 1,778. | SL | N/A | 10.000 | | | | 270. |
| LUGGER | 05/18/2017 | 2,701. | | | 30000 | 2,701. | 1,508. | 1,778. | SL | N/A | 10.000 | | | | 270. |
| EQUIPMENT | 08/15/2017 | 24,645. | | | | 24,645. | 10,435. | 12,636. | 200DB | HY | | | | | 2,201. |
| LAND IMPROVEMENTS | 09/11/2017 | 8,480. | | | | 8,480. | 1,922. | 2,422. | 150DB | HY | | | | | 500. |
| LUGGERS | 09/19/2017 | 4,961. | | | 6000 | 4,961. | 2,604. | 3,100. | SL | N/A | 10.000 | | | | 496. |
| LUGGERS | 09/24/2017 | 1,400. | | | 3000 | 1,400. | 735. | 875. | SL | N/A | 10.000 | | | | 140. |
| BALER | 09/30/2017 | 129,067. | | | | 129,067. | 67,762. | 80,669. | SL | N/A | 10.000 | | | | 12,907. |
| ROLL-OFF | 10/03/2017 | 6,036. | | | 8000 | 6,036. | 2,111. | 2,513. | SL | N/A | 15.000 | | | | 402. |
| DRY VAN | 10/06/2017 | 7,000. | | | 10000 | 7,000. | 5,250. | 6,250. | SL | N/A | 7.000 | | | | 1,000. |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |

*Assets Retired

JSA
3C9027 1.000

REDLINE METALS, INC.

BOOK DEPRECIATION

# 2023 Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LUGGERS | 12/19/2017 | 4,200. | | | 8000 | 4,200. | 2,100. | 2,520. | SL | N/A | 10.000 | | | | 420. |
| EQUIPMENT | 12/30/2017 | 22,875. | | | | 22,875. | 9,685. | 11,728. | 200DB | HY | | | | | 2,043. |
| ROLL-OFFS | 12/15/2017 | 12,072. | | | 18000 | 12,072. | 4,092. | 4,897. | SL | N/A | 15.000 | | | | 805. |
| ROLL-OFFS | 12/01/2017 | 12,072. | | | 18000 | 12,072. | 4,092. | 4,897. | SL | N/A | 15.000 | | | | 805. |
| YARD RAMP | 12/30/2017 | 10,475. | | | 8000 | 10,475. | | | SL | N/A | | | | | |
| LABOUNTY / SANY | 06/02/2017 | 154,432. | | | 80000 | 154,432. | 86,224. | 101,667. | SL | N/A | 10.000 | | | | 15,443. |
| DEFERRED GAIN - LABO | 06/02/2017 | -68,944. | | | | | -16,884. | -16,884. | 200DB | HY | | | | | |
| VAN | 01/01/2018 | 5,500. | | | 8000 | 5,500. | 2,750. | 3,300. | SL | N/A | 10.000 | | | | 550. |
| 2 40 YARDS | 01/19/2018 | 12,072. | | | 18000 | 12,072. | 3,958. | 4,763. | SL | N/A | 15.000 | | | | 805. |
| GOND | 02/28/2018 | 12,100. | | | 30000 | 12,100. | 8,356. | 10,085. | SL | N/A | 7.000 | | | | 1,729. |
| FLATBET | 02/23/2018 | 5,083. | | | 10000 | 5,083. | 3,267. | 3,993. | HY | 7.000 | | | | | 726. |
| VAN | 03/06/2018 | 5,000. | | | 5000 | 5,000. | 2,417. | 2,917. | SL | N/A | 10.000 | | | | 500. |
| VAN | 03/29/2018 | 5,000. | | | 5000 | 5,000. | 2,375. | 2,875. | SL | N/A | 10.000 | | | | 500. |
| VAN | 04/06/2018 | 5,000. | | | 5000 | 5,000. | 2,375. | 2,875. | SL | N/A | 10.000 | | | | 500. |
| TRACTOR - PETERBUILT | 04/06/2018 | 20,000. | | | | 20,000. | 9,500. | 11,500. | SL | N/A | 10.000 | | | | 2,000. |
| 2 VAN TRAILERS | 04/23/2018 | 7,790. | | | 17000 | 7,790. | 5,194. | 6,307. | SL | N/A | 7.000 | | | | 1,113. |
| 40 YARD | 04/25/2018 | 6,670. | | | 8000 | 6,670. | 2,076. | 2,521. | SL | N/A | 15.000 | | | | 445. |
| 1 14 YARD | 05/01/2018 | 3,059. | | | 3000 | 3,059. | 1,428. | 1,734. | SL | N/A | 10.000 | | | | 306. |
| MIDWEST TRAILER | 05/04/2018 | 26,500. | | | 20000 | 26,500. | 17,668. | 21,454. | SL | N/A | 7.000 | | | | 3,786. |
| HOPPERS - MS | 05/18/2018 | 26,054. | | | 20000 | 26,054. | 7,961. | 9,698. | SL | N/A | 15.000 | | | | 1,737. |
| PPL GROUP | 05/22/2018 | 62,827. | | | | 62,827. | 28,797. | 35,080. | SL | N/A | 10.000 | | | | 6,283. |
| 14 YARD LUGGER | 05/23/2018 | 750. | | | 3000 | 750. | 344. | 419. | SL | N/A | 10.000 | | | | 75. |
| 4 14 YARD LUGGERS | 05/31/2018 | 12,664. | | | 12000 | 12,664. | 5,803. | 7,069. | SL | N/A | 10.000 | | | | 1,266. |
| VAN | 06/06/2018 | 5,000. | | | 8000 | 5,000. | 2,292. | 2,792. | SL | N/A | 10.000 | | | | 500. |
| SCALE CONCRETE | 06/12/2018 | 24,635. | | | | 24,635. | 16,129. | 19,648. | SL | N/A | 7.000 | | | | 3,519. |
| 2 8 YARDS | 06/18/2018 | 4,962. | | | 4500 | 4,962. | 2,232. | 2,728. | SL | N/A | 10.000 | | | | 496. |
| SONER EQUIPMENT | 06/25/2018 | 13,600. | | | 4500 | 13,600. | 6,120. | 7,480. | SL | N/A | 10.000 | | | | 1,360. |
| FLATBET | 06/27/2018 | 8,720. | | | 10000 | 8,720. | 5,607. | 6,853. | SL | N/A | 7.000 | | | | 1,246. |
| 2 14 YARDS | 07/05/2018 | 6,119. | | | 7000 | 6,119. | 2,754. | 3,366. | SL | N/A | 10.000 | | | | 612. |
| STRAIGHT TRUCK | 07/25/2018 | 10,000. | | | 8000 | 10,000. | 4,417. | 5,417. | SL | N/A | 10.000 | | | | 1,000. |
| LUGGER TRUCK | 07/25/2018 | 45,000. | | | 15000 | 45,000. | 19,875. | 24,375. | SL | N/A | 10.000 | | | | 4,500. |
| DUMP TRAILER | 07/29/2018 | 44,000. | | | 20000 | 44,000. | 27,763. | 34,049. | SL | N/A | 7.000 | | | | 6,286. |
| 2 VANS | 08/15/2018 | 10,000. | | | 20000 | 10,000. | 4,417. | 5,417. | SL | N/A | 10.000 | | | | 1,000. |
| HOPPERS - MS | 08/28/2018 | 8,817. | | | 8000 | 8,817. | 2,548. | 3,136. | SL | N/A | 15.000 | | | | 588. |
| 38 HOPPERS | 09/04/2018 | 10,000. | | | 25000 | 10,000. | 2,890. | 3,557. | SL | N/A | 15.000 | | | | 667. |
| SCALE | 09/04/2018 | 21,000. | | | 20000 | 21,000. | 13,000. | 16,000. | SL | N/A | 7.000 | | | | 3,000. |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS . . . . . . . . . . . . . . . .** | | | | | | | | | | | | | | | |

*Assets Retired

REDLINE METALS, INC.

# 2023 Depreciation

BOOK DEPRECIATION

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Method | Convention | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 LUGGER BOXES | 09/04/2018 | 1,500. | | | 28000 | 1,500. | 650. | 800. | SL | N/A | 10.000 | | | | 150. |
| BURNED 825 | 09/14/2018 | 15,400. | | | | 15,400. | 9,533. | 11,733. | SL | N/A | 7.000 | | | | 2,200. |
| 10 TOTES - #4 | 10/05/2018 | 6,970. | | | 9000 | 6,970. | 2,962. | 3,659. | SL | N/A | 10.000 | | | | 697. |
| ROLL-OFF COVER | 10/05/2018 | 2,869. | | | 3000 | 2,869. | 812. | 1,003. | SL | N/A | 15.000 | | | | 191. |
| 14 YARD LUGGER | 10/22/2018 | 3,120. | | | 3000 | 3,120. | 1,300. | 1,612. | SL | N/A | 10.000 | | | | 312. |
| 10 TOTES - REV | 10/29/2018 | 6,970. | | | 8000 | 6,970. | 2,904. | 3,601. | SL | N/A | 10.000 | | | | 697. |
| MACK LUGGER TRUCK | 10/30/2018 | 35,000. | | | 30000 | 35,000. | 14,583. | 18,083. | SL | N/A | 10.000 | | | | 3,500. |
| 25 LUGGER BOXES | 10/30/2018 | 25,000. | | | 50000 | 25,000. | 10,417. | 12,917. | SL | N/A | 10.000 | | | | 2,500. |
| VULCAN | 11/05/2018 | 21,000. | | | 20000 | 21,000. | 8,750. | 10,850. | SL | N/A | 10.000 | | | | 2,100. |
| ROLL-OFF COVER | 11/05/2018 | 2,589. | | | 3000 | 2,589. | 721. | 894. | SL | N/A | 15.000 | | | | 173. |
| 14 YARD LUGGER | 11/06/2018 | 3,120. | | | 3000 | 3,120. | 1,300. | 1,612. | SL | N/A | 10.000 | | | | 312. |
| GOND | 11/13/2018 | 23,772. | | | 30000 | 23,772. | 14,150. | 17,546. | SL | N/A | 7.000 | | | | 3,396. |
| 32 YARD W/ BLADDER | 11/21/2018 | 7,028. | | | 8000 | 7,028. | 2,871. | 3,574. | SL | N/A | 10.000 | | | | 703. |
| LEFORT CRAWLER | 11/30/2018 | 725,450. | | | 600000 | 725,450. | 296,225. | 368,770. | SL | N/A | 10.000 | | | | 72,545. |
| VIPER LIFT TRUCK | 12/26/2018 | 26,024. | | | 15000 | 26,024. | 10,408. | 13,010. | SL | N/A | 10.000 | | | | 2,602. |
| YARD RAMP | 02/22/2019 | 10,550. | | | 10000 | 10,550. | 4,044. | 5,099. | SL | N/A | 10.000 | | | | 1,055. |
| 1 8 YARD | 05/13/2019 | 2,370. | | | 3000 | 2,370. | 869. | 1,106. | SL | N/A | 10.000 | | | | 237. |
| 1 40 YARD | 06/03/2019 | 6,780. | | | 9000 | 6,780. | 2,430. | 3,108. | SL | N/A | 10.000 | | | | 678. |
| 2 30 YARD RO | 06/06/2019 | 15,104. | | | 18000 | 15,104. | 5,411. | 6,921. | SL | N/A | 10.000 | | | | 1,510. |
| 2 40 YARD | 07/01/2019 | 13,561. | | | 18000 | 13,561. | 4,746. | 6,102. | SL | N/A | 10.000 | | | | 1,356. |
| 1 35 YARD | 07/24/2019 | 7,056. | | | 9000 | 7,056. | 2,412. | 3,118. | SL | N/A | 10.000 | | | | 706. |
| 1 35 YARD / 1 60 YAR | 07/26/2019 | 17,861. | | | 18000 | 17,861. | 6,102. | 7,888. | SL | N/A | 10.000 | | | | 1,786. |
| 1 35 YARD | 08/21/2019 | 7,056. | | | 9000 | 7,056. | 2,353. | 3,059. | SL | N/A | 10.000 | | | | 706. |
| 1 35 YARD/1 60 YARD | 08/26/2019 | 17,861. | | | 18000 | 17,861. | 5,953. | 7,739. | SL | N/A | 10.000 | | | | 1,786. |
| 1 30 YARD BOX | 09/10/2019 | 1,800. | | | 9000 | 1,800. | 600. | 780. | SL | N/A | 10.000 | | | | 180. |
| 4 30 YARD ROLL-OFF | 09/10/2019 | 29,106. | | | 9000 | 29,106. | 9,703. | 12,614. | SL | N/A | 10.000 | | | | 2,911. |
| 1 30 YARD BOX | 09/27/2019 | 3,966. | | | 9000 | 3,966. | 1,290. | 1,687. | SL | N/A | 10.000 | | | | 397. |
| 1 30 YARD BOX | 10/04/2019 | 1,800. | | | 9000 | 1,800. | 585. | 765. | SL | N/A | 10.000 | | | | 180. |
| 1 20 YARD ROLLOFF | 12/05/2019 | 2,500. | | | 8000 | 2,500. | 771. | 1,021. | SL | N/A | 10.000 | | | | 250. |
| 4 HOPPERS | 03/19/2019 | 2,430. | | | 3200 | 2,430. | 608. | 770. | SL | N/A | 15.000 | | | | 162. |
| 1 HOPPER | 03/26/2019 | 865. | | | 800 | 865. | 217. | 275. | SL | N/A | 15.000 | | | | 58. |
| 10 HOPPERS - REV | 03/07/2019 | 5,970. | | | 8000 | 5,970. | 1,526. | 1,924. | SL | N/A | 15.000 | | | | 398. |
| 20 HOPPERS | 08/22/2019 | 4,499. | | | 16000 | 4,499. | 1,000. | 1,300. | SL | N/A | 15.000 | | | | 300. |
| GONDOLA | 03/12/2019 | 12,500. | | | 30000 | 12,500. | 6,846. | 8,632. | SL | N/A | 7.000 | | | | 1,786. |
| 3 GONDOLAS | 04/24/2019 | 40,000. | | | 90000 | 40,000. | 20,952. | 26,666. | SL | N/A | 7.000 | | | | 5,714. |
| 1 GONDOLA | 05/08/2019 | 13,000. | | | 30000 | 13,000. | 6,809. | 8,666. | SL | N/A | 7.000 | | | | 1,857. |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |

*Assets Retired

REDLINE METALS, INC.

36-3962306

BOOK DEPRECIATION

# 2023 Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 TOTES | 03/12/2019 | 3,610. | | | 4800 | 3,610. | 1,384. | 1,745. | SL | N/A | 10.000 | | | | 361. |
| 1 DUMP - SUPERIOR | 05/03/2019 | 25,000. | | | 45000 | 25,000. | 13,094. | 16,665. | SL | N/A | 7.000 | | | | 3,571. |
| 1 DUMP - SUPERIOR | 05/14/2019 | 30,000. | | | 45000 | 30,000. | 15,715. | 20,001. | SL | N/A | 7.000 | | | | 4,286. |
| 2 DRY VAN TRAILERS | 10/21/2019 | 10,700. | | | 18000 | 10,700. | 4,842. | 6,371. | SL | N/A | 7.000 | | | | 1,529. |
| SKIDSTEER | 03/12/2019 | 24,999. | | | | 24,999. | 9,583. | 12,083. | SL | N/A | 10.000 | | | | 2,500. |
| MCINTYRE SHEAR | 04/17/2019 | 12,988. | | | | 12,988. | 4,763. | 6,062. | SL | N/A | 10.000 | | | | 1,299. |
| BOBCAT | 06/20/2019 | 9,900. | | | | 9,900. | 3,465. | 4,455. | SL | N/A | 10.000 | | | | 990. |
| WELDER MILLER | 06/20/2019 | 3,675. | | | 5000 | 3,675. | 1,288. | 1,656. | SL | N/A | 10.000 | | | | 368. |
| WELDER - LINCOLN | 06/20/2019 | 5,500. | | | 15000 | 5,500. | 1,925. | 2,475. | SL | N/A | 10.000 | | | | 550. |
| SENNEBOGEN 825 | 07/31/2019 | 175,000. | | | 200000 | 175,000. | 59,792. | 77,292. | SL | N/A | 10.000 | | | | 17,500. |
| SHEARCORE FS45R | 12/01/2019 | 147,000. | | | 75000 | 147,000. | 45,325. | 60,025. | SL | N/A | 10.000 | | | | 14,700. |
| SENNEBOGEN 818 | 12/02/2019 | 295,618. | | | 225000 | 295,618. | 91,149. | 120,711. | SL | N/A | 10.000 | | | | 29,562. |
| XRF | 12/28/2019 | 29,500. | | | 25000 | 29,500. | 8,850. | 11,800. | SL | N/A | 10.000 | | | | 2,950. |
| 2 SHAKER TABLES | 01/15/2020 | 3,500. | | | 4000 | 3,500. | 1,050. | 1,400. | SL | N/A | 10.000 | | | | 350. |
| 2 RADIATION DETECTOR | 03/06/2020 | 1,170. | | | | 1,170. | 473. | 640. | SL | N/A | 7.000 | | | | 167. |
| 4 40 YARD ROLL-OFFS | 03/23/2020 | 24,917. | | | 36000 | 24,917. | 6,853. | 9,345. | SL | N/A | 10.000 | | | | 2,492. |
| XRF BASE / BATTERY | 06/02/2020 | 3,500. | | | 20000 | 3,500. | 904. | 1,254. | SL | N/A | 10.000 | | | | 350. |
| 30 BINS (REV) | 06/15/2020 | 17,050. | | | 25000 | 17,050. | 4,405. | 6,110. | SL | N/A | 10.000 | | | | 1,705. |
| 1 20 YARD LUGGER | 06/22/2020 | 2,800. | | | 3500 | 2,800. | 700. | 980. | SL | N/A | 10.000 | | | | 280. |
| 1 40 YARD ROLL-OFF | 07/20/2020 | 3,500. | | | 8000 | 3,500. | 846. | 1,196. | SL | N/A | 10.000 | | | | 350. |
| 1 14 YARD LUGGER | 08/25/2020 | 1,950. | | | 3500 | 1,950. | 455. | 650. | SL | N/A | 10.000 | | | | 195. |
| 2 20 YARD ROLL-OFFS | 09/17/2020 | 13,175. | | | 18000 | 13,175. | 2,965. | 4,283. | SL | N/A | 10.000 | | | | 1,318. |
| 10 HOPPERS (DIEM) | 09/17/2020 | 2,238. | | | 5000 | 2,238. | 335. | 484. | SL | N/A | 15.000 | | | | 149. |
| 1 40 YARD ROLL-OFF | 09/21/2020 | 6,587. | | | 8000 | 6,587. | 1,483. | 2,142. | SL | N/A | 10.000 | | | | 659. |
| 1 40 YARD ROLL-OFF | 09/28/2020 | 6,587. | | | 8000 | 6,587. | 1,483. | 2,142. | SL | N/A | 10.000 | | | | 659. |
| 1 GONDOLA | 09/29/2020 | 16,000. | | | 30000 | 16,000. | 5,143. | 7,429. | SL | N/A | 7.000 | | | | 2,286. |
| 20 HOPPERS - (DIEM) | 10/16/2020 | 21,679. | | | 22000 | 21,679. | 3,131. | 4,576. | SL | N/A | 15.000 | | | | 1,445. |
| 2 HOPPERS - (DIEM) | 10/23/2020 | 492. | | | 1800 | 492. | 71. | 104. | SL | N/A | 15.000 | | | | 33. |
| 4 HOPPERS - (DIEM) | 12/02/2020 | 1,171. | | | 2600 | 1,171. | 163. | 241. | SL | N/A | 15.000 | | | | 78. |
| 1 20 YARD ROLL-OFF | 12/04/2020 | 5,649. | | | 9000 | 5,649. | 1,177. | 1,742. | SL | N/A | 10.000 | | | | 565. |
| 2 20 YARD ROLL-OFFS | 12/04/2020 | 11,299. | | | 18000 | 11,299. | 2,354. | 3,484. | SL | N/A | 10.000 | | | | 1,130. |
| 1 20 YARD ROLL-OFF | 12/08/2020 | 5,649. | | | 9000 | 5,649. | 1,177. | 1,742. | SL | N/A | 10.000 | | | | 565. |
| 2 VIPER FORKLIFTS | 12/16/2020 | 44,773. | | | 30000 | 44,773. | 8,954. | 13,431. | SL | N/A | 10.000 | | | | 4,477. |
| DRY VAN TRAILER | 01/29/2021 | 30,463. | | | 20000 | 30,463. | 12,330. | 16,682. | SL | N/A | 7.000 | | | | 4,352. |
| AIR COMP & MAGNET | 02/02/2021 | 6,944. | | | 10000 | 6,944. | 2,810. | 3,802. | SL | N/A | 7.000 | | | | 992. |
| SKID STEER LOADER | 02/02/2021 | 29,854. | | | 10000 | 29,854. | 10,306. | 14,571. | SL | N/A | 7.000 | | | | 4,265. |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS . . . . . . . . . . . . . . .** | | | | | | | | | | | | | | | |

*Assets Retired

REDLINE METALS, INC.

36-3962306

BOOK DEPRECIATION

# 2023 Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SENNEBOGEN CRANE | 01/02/2021 | 215,615. | | | 325000 | 215,615. | 92,406. | 123,208. | SL | N/A | 7.000 | | | | 30,802. |
| MACK DAY CAB TRUCK | 02/02/2021 | 25,960. | | | 20000 | 25,960. | 10,509. | 14,218. | SL | N/A | 7.000 | | | | 3,709. |
| 5 GONDOLAS | 02/02/2021 | 117,290. | | | 150000 | 117,290. | 47,474. | 64,230. | SL | N/A | 7.000 | | | | 16,756. |
| 5 - ROLL OFFS | 02/02/2021 | 53,139. | | | 45000 | 53,139. | 15,056. | 20,370. | SL | N/A | 10.000 | | | | 5,314. |
| HORIZONTAL BALER | 03/24/2021 | 39,510. | | | 10000 | 39,510. | 9,877. | 13,828. | SL | N/A | 10.000 | | | | 3,951. |
| TRUCK SCALE | 03/31/2021 | 42,435. | | | 35000 | 42,435. | 15,156. | 21,218. | SL | N/A | 7.000 | | | | 6,062. |
| YARD IMPROVEMENTS | 04/13/2021 | 60,440. | | | | 60,440. | 10,073. | 14,102. | SL | N/A | 15.000 | | | | 4,029. |
| VIPER FORKLIFT | 05/20/2021 | 28,399. | | | 15000 | 28,399. | 4,101. | 5,994. | SL | N/A | 15.000 | | | | 1,893. |
| SPOTTERS | 05/20/2021 | 23,600. | | | 40000 | 23,600. | 10,226. | 14,946. | SL | N/A | 5.000 | | | | 4,720. |
| MISC EQUIP | 05/20/2021 | 18,261. | | | | 18,261. | 3,956. | 5,782. | SL | N/A | 10.000 | | | | 1,826. |
| FRIDGES & CHILLERS | 05/20/2021 | 6,372. | | | 5000 | 6,372. | 1,328. | 1,965. | SL | N/A | 10.000 | | | | 637. |
| 40 YARD RO | 05/20/2021 | 17,585. | | | 20000 | 17,585. | 2,540. | 3,712. | SL | N/A | 15.000 | | | | 1,172. |
| 165 BINS | 05/27/2021 | 47,835. | | | 110000 | 47,835. | 6,909. | 10,098. | SL | N/A | 15.000 | | | | 3,189. |
| EXCEL BALER | 06/11/2021 | 66,000. | | | | 66,000. | 14,300. | 20,900. | SL | N/A | 10.000 | | | | 6,600. |
| CAT LOADER & GRAPPLE | 06/11/2021 | 58,001. | | | | 58,001. | 12,566. | 18,366. | SL | N/A | 10.000 | | | | 5,800. |
| GODOLA - 5 | 06/11/2021 | 107,244. | | | 150000 | 107,244. | 33,195. | 48,516. | SL | N/A | 7.000 | | | | 15,321. |
| VRH SEPERATOR | 06/15/2021 | 15,030. | | | 15000 | 15,030. | 3,257. | 4,760. | SL | N/A | 10.000 | | | | 1,503. |
| ROT BOXES & RO LIDS | 07/06/2021 | 21,248. | | | | 21,248. | 2,833. | 4,250. | SL | N/A | 15.000 | | | | 1,417. |
| MACK LUGGER TRUCK | 07/31/2021 | 118,107. | | | 120000 | 118,107. | 43,305. | 66,926. | SL | N/A | 5.000 | | | | 23,621. |
| HORIZONTAL BALER | 08/03/2021 | 18,510. | | | | 18,510. | 3,393. | 5,244. | SL | N/A | 10.000 | | | | 1,851. |
| PLATFORM SCALE | 08/17/2021 | 6,041. | | | 8000 | 6,041. | 671. | 1,074. | SL | N/A | 15.000 | | | | 403. |
| GOND FABWORK | 08/17/2021 | 10,962. | | | | 10,962. | 1,219. | 1,950. | SL | N/A | 15.000 | | | | 731. |
| 4 - 14 YD LUGGERS | 08/31/2021 | 19,488. | | | 14000 | 19,488. | 2,165. | 3,464. | SL | N/A | 15.000 | | | | 1,299. |
| VIPER FORKLIFT | 09/30/2021 | 29,823. | | | 15000 | 29,823. | 2,982. | 4,970. | SL | N/A | 15.000 | | | | 1,988. |
| MACK TRUCK | 10/05/2021 | 15,000. | | | | 15,000. | 4,500. | 7,500. | SL | N/A | 5.000 | | | | 3,000. |
| DIMET MAGNET | 10/13/2021 | 24,698. | | | 10000 | 24,698. | 2,471. | 4,118. | SL | N/A | 15.000 | | | | 1,647. |
| SECURITY ELGIN&LOMB | 10/14/2021 | 11,158. | | | 2000 | 11,158. | 1,674. | 2,790. | SL | N/A | 10.000 | | | | 1,116. |
| GOND FABWORK | 10/26/2021 | 17,892. | | | | 17,892. | 1,591. | 2,784. | SL | N/A | 15.000 | | | | 1,193. |
| SWEED GRANULATOR | 10/28/2021 | 128,087. | | | 100000 | 128,087. | 11,385. | 19,924. | SL | N/A | 15.000 | | | | 8,539. |
| DS & MARTHATON BALER | 10/28/2021 | 17,961. | | | 5000 | 17,961. | 2,394. | 4,190. | SL | N/A | 10.000 | | | | 1,796. |
| DIMET MAGNET | 11/19/2021 | 23,062. | | | 15000 | 23,062. | 1,793. | 3,330. | SL | N/A | 15.000 | | | | 1,537. |
| 2 MACK TRUCKS | 12/03/2021 | 120,224. | | | 120000 | 120,224. | 20,037. | 37,212. | SL | N/A | 7.000 | | | | 17,175. |
| ALUMINUM DUMP | 12/07/2021 | 11,000. | | | 20000 | 11,000. | 1,284. | 2,384. | SL | N/A | 10.000 | | | | 1,100. |
| AGGREGATE FOR ELGIN | 05/24/2021 | 16,100. | | | | 16,100. | 6,976. | 10,196. | SL | N/A | 5.000 | | | | 3,220. |
| 3X LUGGER BOXES | 01/28/2022 | 5,100. | | | 9000 | 5,100. | 668. | 1,397. | SL | N/A | 7.000 | | | | 729. |
| MACK LUGGER TRUCK | 02/22/2022 | 105,217. | | | 125000 | 105,217. | 17,536. | 38,579. | SL | N/A | 5.000 | | | | 21,043. |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |

*Assets Retired

REDLINE METALS, INC.

## 2023 Depreciation

BOOK DEPRECIATION

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XRF - X505 | 03/29/2022 | 26,000. | | | | 26,000. | 2,786. | 6,500. | SL | N/A | 7.000 | | | | 3,714. |
| SWEED SEPERATOR | 03/31/2022 | 86,850. | | | 85000 | 86,850. | 9,305. | 21,712. | SL | N/A | 7.000 | | | | 12,407. |
| 1X LUGGER BOX | 04/01/2022 | 2,800. | | | 3500 | 2,800. | 300. | 700. | SL | N/A | 7.000 | | | | 400. |
| 2X 40 YARD RO BOXES | 04/05/2022 | 8,000. | | | 18000 | 8,000. | 857. | 2,000. | SL | N/A | 7.000 | | | | 1,143. |
| 840 M OVERHAUL | 04/18/2022 | 68,366. | | | | 68,366. | 6,511. | 16,278. | SL | N/A | 7.000 | | | | 9,767. |
| SENNEBOGEN 830M | 06/06/2022 | 499,632. | | | 350000 | 499,632. | 41,636. | 113,012. | SL | N/A | 7.000 | | | | 71,376. |
| 818 M NEW ENGINE | 06/17/2022 | 26,000. | | | | 26,000. | 1,857. | 5,571. | SL | N/A | 7.000 | | | | 3,714. |
| RADIATION DETECTOR | 06/29/2022 | 32,400. | | | | 32,400. | 2,314. | 6,943. | SL | N/A | 7.000 | | | | 4,629. |
| MAC 5200 | 06/30/2022 | 579,924. | | | 550000 | 579,924. | 41,423. | 124,269. | SL | N/A | 7.000 | | | | 82,846. |
| CAT SKID-STEER IMPRO | 07/11/2022 | 30,479. | | | 2000 | 30,479. | 2,177. | 6,531. | SL | N/A | 7.000 | | | | 4,354. |
| 818 M OVERHAUL | 07/22/2022 | 22,655. | | | | 22,655. | 1,349. | 4,585. | SL | N/A | 7.000 | | | | 3,236. |
| OFFICE BUILDOUT | 08/01/2022 | 21,000. | | | | 21,000. | 583. | 1,983. | SL | N/A | 15.000 | | | | 1,400. |
| FLOORING | 08/08/2022 | 15,000. | | | | 15,000. | 417. | 1,417. | SL | N/A | 15.000 | | | | 1,000. |
| GLASS WALLS | 08/08/2022 | 16,545. | | | | 16,545. | 460. | 1,563. | SL | N/A | 15.000 | | | | 1,103. |
| MAC 5200 INSTALL | 08/12/2022 | 42,720. | | | | 42,720. | 2,543. | 8,646. | SL | N/A | 7.000 | | | | 6,103. |
| ELECTRICAL BOXES | 08/25/2022 | 6,903. | | | | 6,903. | 329. | 1,315. | SL | N/A | 7.000 | | | | 986. |
| SWEED SHREDDER | 09/13/2022 | 222,706. | | | 200000 | 222,706. | 10,605. | 42,420. | SL | N/A | 7.000 | | | | 31,815. |
| OFFICE FURNISHING / | 09/30/2022 | 36,480. | | | | 36,480. | 1,303. | 6,514. | SL | N/A | 7.000 | | | | 5,211. |
| DESKS | 10/11/2022 | 10,558. | | | | 10,558. | 377. | 1,885. | SL | N/A | 7.000 | | | | 1,508. |
| SCALE PLATFORM | 11/08/2022 | 2,682. | | | 8000 | 2,682. | 64. | 447. | SL | N/A | 7.000 | | | | 383. |
| PHONE SYSTEM | 11/30/2022 | 14,961. | | | | 14,961. | 178. | 2,315. | SL | N/A | 7.000 | | | | 2,137. |
| HARRIS HRB8 | 12/01/2022 | 225,000. | | | 250000 | 225,000. | 2,679. | 34,822. | SL | N/A | 7.000 | | | | 32,143. |
| CASCADE ROTATORS | 12/02/2022 | 36,287. | | | 35000 | 36,287. | 432. | 5,616. | SL | N/A | 7.000 | | | | 5,184. |
| DOWNSTROKE BALER | 12/31/2022 | 4,690. | | | 10000 | 4,690. | | 670. | SL | N/A | 7.000 | | | | 670. |
| OFFICE DESKS/ PHONES | 01/25/2023 | 164,421. | | | 50000 | 164,421. | | 21,531. | SL | N/A | 7.000 | | | | 21,531. |
| TOYOTA FORKLIFT | 02/15/2023 | 34,580. | | | 35000 | 34,580. | | 4,528. | SL | N/A | 7.000 | | | | 4,528. |
| TOYOTA FORKLIFT | 03/13/2023 | 66,000. | | | 50000 | 66,000. | | 7,857. | SL | N/A | 7.000 | | | | 7,857. |
| 901 SCALES | 04/05/2023 | 52,639. | | | 50000 | 52,639. | | 5,640. | SL | N/A | 7.000 | | | | 5,640. |
| 901 LIGHTING | 04/05/2023 | 54,000. | | | | 54,000. | | 5,786. | SL | N/A | 7.000 | | | | 5,786. |
| BALER LOMBARD | 04/11/2023 | 49,046. | | | 65000 | 49,046. | | 5,255. | SL | N/A | 7.000 | | | | 5,255. |
| HOPPERS | 05/01/2023 | 134,620. | | | 200000 | 134,620. | | 12,821. | SL | N/A | 7.000 | | | | 12,821. |
| 20 ROLL-OFFS | 05/01/2023 | 198,320. | | | 250000 | 198,320. | | 18,888. | SL | N/A | 7.000 | | | | 18,888. |
| HOPPERS - FOR ODM | 05/08/2023 | 13,013. | | | 15000 | 13,013. | | 1,239. | SL | N/A | 7.000 | | | | 1,239. |
| 40 YARD ROLL-OFF | 05/23/2023 | 9,862. | | | 15000 | 9,862. | | 822. | SL | N/A | 7.000 | | | | 822. |
| RADIATION DETECTOR S | 05/23/2023 | 20,000. | | | 20000 | 20,000. | | 1,667. | SL | N/A | 7.000 | | | | 1,667. |
| RICE LAKE SCALE | 05/31/2023 | 38,000. | | | 45000 | 38,000. | | 3,167. | SL | N/A | 7.000 | | | | 3,167. |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | |

*Assets Retired

JSA
3C9027 1.000

REDLINE METALS, INC.

# 2023 Depreciation

BOOK DEPRECIATION

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Method | Convention | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 ROLL-OFFS | 06/01/2023 | 209,275. | | | 250000 | 209,275. | | 17,440. | SL | N/A | 7.000 | | | | 17,440. |
| HOPPERS | 06/10/2023 | 99,948. | | | 115000 | 99,948. | | 8,329. | SL | N/A | 7.000 | | | | 8,329. |
| 2X 40 YARD ROLL-OFF | 06/13/2023 | 19,724. | | | 20000 | 19,724. | | 1,644. | SL | N/A | 7.000 | | | | 1,644. |
| TRI-PACK CYLINDER | 06/15/2023 | 66,848. | | | 30000 | 66,848. | | 5,571. | SL | N/A | 7.000 | | | | 5,571. |
| 2X 40 YARD ROLL-OFF | 06/23/2023 | 19,724. | | | 20000 | 19,724. | | 1,409. | SL | N/A | 7.000 | | | | 1,409. |
| ROLL-OFF TRAILER | 07/06/2023 | 58,500. | | | 60000 | 58,500. | | 4,179. | SL | N/A | 7.000 | | | | 4,179. |
| 40 YARD ROLL-OFF | 08/25/2023 | 9,862. | | | 10000 | 9,862. | | 470. | SL | N/A | 7.000 | | | | 470. |
| CONCRETE PAD | 09/08/2023 | 21,150. | | | | 21,150. | | 470. | SL | N/A | 15.000 | | | | 470. |
| OVERHAUL OF G22 | 09/25/2023 | 11,218. | | | 30000 | 11,218. | | 401. | SL | N/A | 7.000 | | | | 401. |
| HARRIS HRB CYLINDER | 10/02/2023 | 55,000. | | | 115000 | 55,000. | | 1,964. | SL | N/A | 7.000 | | | | 1,964. |
| HOPPERS | 11/01/2023 | 42,680. | | | 50000 | 42,680. | | 1,016. | SL | N/A | 7.000 | | | | 1,016. |
| DRAINAGE IMPROVEMENT | 11/15/2023 | 38,491. | | | | 38,491. | | 428. | SL | N/A | 15.000 | | | | 428. |
| TOYOTA FORKLIFT | 12/05/2023 | 39,000. | | | 25000 | 39,000. | | 464. | SL | N/A | 7.000 | | | | 464. |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . | | 11,535,800. | | | | 11,604,744. | 3,274,970. | 4,333,641. | | | | | | | 1,058,671. |

*Assets Retired

**Fill in this information to identify the case:**

Debtor name    Redline Metals, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   1:24-bk-12590

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim — Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|
| **2.1** Cynthia Wong-Williams — Creditor's Name | $2,193,629.00 | $0.00 |

303 Collen Dr.
Lombard, IL 60148
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **2.2** David F. Wong — Creditor's Name | $1,772,000.00 | $0.00 |

1370 Quarter Horse Ct.
Wheaton, IL 60189
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|

---

**2.3** David Wong

Creditor's Name

Describe debtor's property that is subject to a lien          $1,824,000.00          $0.00

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Old Second National Bank

Creditor's Name
Attention: Loan Servicing 1st Floor NOE
37 S River St.

Aurora, IL 60506

Creditor's mailing address

Describe debtor's property that is subject to a lien          $10,995,986.00          $0.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** Old Second National Bank

Creditor's Name
Attention: Loan Servicing 1st Floor NOE
37 S River St.

Aurora, IL 60506

Creditor's mailing address

Describe debtor's property that is subject to a lien          $2,134,061.00          $0.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Old Second National Bank | Describe debtor's property that is subject to a lien | $785,581.22 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

37 N. River Street
Aurora, IL 60506
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Richard Williams | Describe debtor's property that is subject to a lien | $455,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

303 Collen Drive
Lombard, IL 60148
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $20,160,257.22 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 3 of 4

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Kurt Carlson<br>Carlson Dash<br>216 S. Jefferson Street, Suite 303<br>Chicago, IL 60661 | Line  2.4 | |
| Kurt Carlson<br>216 S. Jefferson Street, Suite 303<br>Chicago, IL 60601 | Line  2.5 | |
| Old Second National Bank<br>711 S. Westmore/Meyers Road<br>Lombard, IL 60148 | Line  2.5 | |

**Fill in this information to identify the case:**

Debtor name      Redline Metals, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   1:24-bk-12590

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Illinois Department of Employment<br>Securi<br>33 S State St<br>BPC 8th FL<br>Chicago, IL 60603 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number <u>OSES</u><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $388.10 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $165,000.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:      List All Creditors with NONPRIORITY Unsecured Claims

| Debtor | Redline Metals, Inc. | | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|---|
| | Name | | | |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
2A :Logistics
1906 Riedmiller Ave.
Fort Wayne, IN 46801

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$6,300.00

**3.2**
**Nonpriority creditor's name and mailing address**
A&A Midwest
PO Box 9278
Chicago, IL 60609

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$16,801.00

**3.3**
**Nonpriority creditor's name and mailing address**
A&R Machine, Inc.
12340 S. Keeler Ave
Alsip, IL 60803

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$1,507.00

**3.4**
**Nonpriority creditor's name and mailing address**
Abest Scale Company
P.O. Box 3735
Lisle, IL 60532

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$932.00

**3.5**
**Nonpriority creditor's name and mailing address**
Accurate Perforating Co., Inc.
PO Box 1156
Bedford Park, IL 60449-1156

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$82,507.00

**3.6**
**Nonpriority creditor's name and mailing address**
Action Metals
1500 Dearborn Ave
Aurora, IL 60505

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$811.00

**3.7**
**Nonpriority creditor's name and mailing address**
Adjustable Forms
1 E Progress Rd
Lombard, IL 60148

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$811.00

**3.8**
**Nonpriority creditor's name and mailing address**
Admiral Heating
4150 Litt Dr.
Hillside, IL 60162

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$25,769.00

| Debtor | Redline Metals, Inc. | | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|---|
| | Name | | | |

---

**3.9** | **Nonpriority creditor's name and mailing address**
Airgas USA, LLC
P.O. Box 734445
Chicago, IL 60673-4445

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$13,551.13

---

**3.10** | **Nonpriority creditor's name and mailing address**
AIS, Inc
1815 S Meyers Rd Suite 820
Villa Park, IL 60181

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$684.00

---

**3.11** | **Nonpriority creditor's name and mailing address**
AIS, Inc.
1815 S. Meyers Road Suite 820
Villa Park, IL 60181

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$684.00

---

**3.12** | **Nonpriority creditor's name and mailing address**
Alliance Pension Consultants, LLC
1751 Lake Cook Road Suite 400
Deerfield, IL 60015

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$12,264.00

---

**3.13** | **Nonpriority creditor's name and mailing address**
Altorfer CAT
301 S. Mitchell Ct.
Addison, IL 60101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$5,267.00

---

**3.14** | **Nonpriority creditor's name and mailing address**
American Airlines
O'Hare International Airport
PO Box 66033 MD 400
Chicago, IL 60666

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$3,198.00

---

**3.15** | **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$3,084.00

---

**3.16** | **Nonpriority creditor's name and mailing address**
American Hydaulics Inc.
P.O. Box 254
Muskego, WI 53150

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

$22,079.00

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $421.00

ANRITSU INFIVIS INC.
701 Innovation Drive
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $424.00

Any Temp Heating & Cooling
336 Gunderson Dr. Suite E
Carol Stream, IL 60188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,151.00

Arcane Industries
1160 Norman Ln
Roselle, IL 60172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,732.00

Aries Recycling, Inc.
6351 W. Montrose Ave Suite 373
Chicago, IL 60634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,108.00

Art Technologies
233 Park Street
Bensenville, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,738.00

Article 2 Gun Range
250 Cortland Ave
Lombard, IL 60148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $41,026.00

Asyst Technologies
5811 - 99th Avenue
Kenosha, WI 53144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,036.00

Atlas Machinery
2911 US 12
Spring Grove, IL 60081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,150.00 |
|---|---|---|---|

Avenue Logistics
P.O. Box 7410491
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,310.00 |
|---|---|---|---|

Axle Logistics, LLC
835 N. Central Street
Knoxville, TN 37917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $301,610.00 |
|---|---|---|---|

B & B Metal Processing
14520 Pioneer Road
Newton, WI 53063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,284.00 |
|---|---|---|---|

B & O Metal Recycling
800 Brickville Rd
Sycamore, IL 60178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,556.00 |
|---|---|---|---|

B2B Industrial Packaging
313 S. Rohlwing Road
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,503.00 |
|---|---|---|---|

Banner Service Corporation
494 E. Lies Rd
Carol Stream, IL 60188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42,560.00 |
|---|---|---|---|

Bar Processing
Comerica Dept: 199201
PO Box 67000
Detroit, MI 48267-1992

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41,194.00 |
|---|---|---|---|

Beacon Recycling
1241 E. Keating Ave
Muskegon, MI 49442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Redline Metals, Inc. | | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $866.00

Bear Metal Welding
111 West Home Ave
Villa Park, IL 60181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $257.00

Beloit Precision Die Co., Inc.
1525 Office Park Lane
Beloit, WI 53511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,918.00

Bernath Construction
5711 County Road 17 S
Horace, ND 58047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,325.00

Best Technology Systems
12024 S. Aero Dr
Plainfield, IL 60544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $972.00

Better Business Bureau
121 W. Wacker Drive Suite 2000
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $938.00

Blades Machinery Co.
750 Nicholas Blvd.
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $938.00

Blades Machinery Co.
750 Nicholas Blvd.
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,832.00

BMW Financial Services
P.O. Box 9001065
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $345.00

Borderline Swiss CNC
150 Elizabeth Ln, Unit 2
Genoa City, WI 53128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,822.00

Bradley Machining, Inc
136 W. Official Rd
Addison, IL 60101-4315

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $161,558.00

Branko Perfoating FWD, Inc.
8520 194th Ave
PO Box 55
Bristol, WI 53104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $881.00

Brucher Machining, Inc.
1030 Atlantic Drive
West Chicago, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Burke & Handley
799 Roosevelt Road Building 6 Suite 108
Glen Ellyn, IL 60137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,165.00

Capstone Logistics
P.O Box 74008032
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,505.00

CD Terminal LLC
978 Riverview Drive
Winona, MN 55987

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,014.00

CE Rentals
441 W Lake St.
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $243,143.59 |
|---|---|---|---|
| | Charter Steel Trading | | |
| | 4401 W. Roosevelt Road | ☐ Contingent | |
| | Chicago, IL 60624 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,520.60 |
|---|---|---|---|
| | Chase | | |
| | Cardmember Services | ☐ Contingent | |
| | PO Box 1423 | ☐ Unliquidated | |
| | Charlotte, NC 28201-1423 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,858.00 |
|---|---|---|---|
| | Chicago Blower Corporation | | |
| | 1675 Glen Ellyn Road | ☐ Contingent | |
| | Glendale Heights, IL 60139 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,922.00 |
|---|---|---|---|
| | Chicago Hardware & Fixture Company | | |
| | 9100 Parklane Ave | ☐ Contingent | |
| | Franklin Park, IL 60131 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $84,685.00 |
|---|---|---|---|
| | Chicago Industrial TT, LLC | | |
| | c/o Stream Realty Partner, LP | ☐ Contingent | |
| | 6250 N River Road, Suite 6025 | ☐ Unliquidated | |
| | Rosemont, IL 60018 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $84,685.00 |
|---|---|---|---|
| | Chicago Industrial TT, LLC | | |
| | c/o Stream Realty Partner, LP | ☐ Contingent | |
| | 6250 N River Road, Suite 6025 | ☐ Unliquidated | |
| | Rosemont, IL 60018 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $176.00 |
|---|---|---|---|
| | Combined Resources, Inc. | | |
| | 1750 W. Fullerton Ave | ☐ Contingent | |
| | Addison, IL 60101 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $648.00 |
|---|---|---|---|
| | Company Wrench, Ltd | | |
| | PO Box 5068 | ☐ Contingent | |
| | Greensburg, PA 15601-5058 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|--------|----------------------|------------------------|---------------|
| | Name | | |

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,959.00**

Compass Metal Trading
309 Fellowship Road Suite 200
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,635.00**

Constellation Newenergy, INC.
PO Box 4640
Carol Stream, IL 60197-4640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

Cooler Logistics LLC
820 W Jackson Blvd, Suite 490
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,150.00**

Countrywide Transportaion, Inc
211 W Chicago Ave Suite 219
Hinsdale, IL 60521

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,161.00**

Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374-2636

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

Cozzini Brothers, Inc.
1455 Greenleaf
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,464.00**

CR Bridgeport LLC
565 Green Bay Rd
Highland Park, IL 60035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$470.00**

Cream City Scale LLC
4300 N Bell School Rd.
Loves Park, IL 61111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.65** | **Nonpriority creditor's name and mailing address**
D.W. Nelson Enterprises, Inc.
23W636 Saint Charles Rd
Carol Stream, IL 60188

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$65,322.00

---

**3.66** | **Nonpriority creditor's name and mailing address**
Dagger Tool Co., Inc.
501 W. Interstate Road
Addison, IL 60101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$278.00

---

**3.67** | **Nonpriority creditor's name and mailing address**
Davis BanCorp

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$90,000.00

---

**3.68** | **Nonpriority creditor's name and mailing address**
DC Tricore, Inc.
1414 Jacobson Drive
Waukegan, IL 60085

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$58,995.00

---

**3.69** | **Nonpriority creditor's name and mailing address**
Del Medical
241 Covington Drive
Bloomingdale, IL 60108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$180.00

---

**3.70** | **Nonpriority creditor's name and mailing address**
Delta Metal Craft
241 Covington Drive
Bloomingdale, IL 60108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,736.00

---

**3.71** | **Nonpriority creditor's name and mailing address**
Detection Systems
1035 Havens Court
Downers Grove, IL 60515

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$5,919.00

---

**3.72** | **Nonpriority creditor's name and mailing address**
Diamond Tool & Mold
1058 W. Repubic Dr.
Addison, IL 60101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$56.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Redline Metals, Inc. | | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|---|
| | Name | | | |

---

**3.73** | Nonpriority creditor's name and mailing address
Discover Business Card
PO Box 6103
Carol Stream, IL 60197-6103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$33,467.00

---

**3.74** | Nonpriority creditor's name and mailing address
Discover Business Card
PO Box 6103
Carol Stream, IL 60197-6103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$33,467.00

---

**3.75** | Nonpriority creditor's name and mailing address
DLL Financial Solutions Partner
PO Box 824018
Philadelphia, PA 19182

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$11,469.00

---

**3.76** | Nonpriority creditor's name and mailing address
Dreisilker Electric Motors
P.O. Box 5619
Carol Stream, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$252.00

---

**3.77** | Nonpriority creditor's name and mailing address
Dreisilker Electric Motors-Service
P.O. Box 88528
Milwaukee, WI 53288-8528

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$4,381.00

---

**3.78** | Nonpriority creditor's name and mailing address
DuPage Machine Products, Inc.
311 Longview Dr
Bloomingdale, IL 60108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$99,611.00

---

**3.79** | Nonpriority creditor's name and mailing address
eCapital Freight Factoring
c/o Dragonhawk Logistics
PO Box 206773
Dallas, TX 75320-6773

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$43,550.00

---

**3.80** | Nonpriority creditor's name and mailing address
Echo Machining
7312 Ridgeway Ave
Skokie, IL 60076

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$639.00

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.81** | **Nonpriority creditor's name and mailing address**
Eclipse Precision
1640 Jarvis Avenue
Elk Grove Village, IL 60007

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,214.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address**
Equipment & Alloy Removal Service, LLC
PO BOX 98
Big Bend, WI 53103

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,110.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**
Equipment Depot
PO Box 855915
Minneapolis, MN 55485-5915

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,652.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**
Ernie's Scrap Metal, Inc.
1170 St. Charles St.
Elgin, IL 60120

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,725.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address**
Euler Hermes Services NA LLC
c/o Finance Department
100 International Drive, 22nd Floor
Baltimore, MD 21202

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$25,838.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**
Executive Recycling
1545 W. Wrightwood Ct
Addison, IL 60101

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,537.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address**
Eyewitness Acquisition LLC
DBA Stealth Monitoring
PO Box 75249
Chicago, IL 60675-5249

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$27,050.52

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**
Eyewitness Acquisition LLC DBA Stealth M
PO Box 75249
Chicago, IL 60675-5249

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,612.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $792.00

Fedex - Forest View v
4800 S Central Ave
Chicago, IL 60638

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $856.00

Fedex - Joliet
1965 Terminal Ct
Joliet, IL 60436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,279.00

Fedex Freight - Bolingbrook
 310 E Crossroads Pkwy
Bolingbrook, IL 60440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $110,312.57

Ferrous Processing & Trading
Attn: Accounts Receivable
3400 E. Lafayette
Detroit, MI 48207

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,120,694.00

FIC America Corporation
485 East Lies Road
Carol Stream, IL 60188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,625.00

First Star Logistics, Inc
P.O. Box 912394
Denver, CO 80291-2394

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $605.00

Four Seasons Garage Door
398 Monaco Dr.
Roselle, IL 60172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $900.00

Fox Brothers
10 East Progress Rd.
Lombard, IL 60148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.97**

**Nonpriority creditor's name and mailing address**
Fox valley Shooting Range
780 S. McLean Blvd
Elgin, IL 60123

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$54,332.00

---

**3.98**

**Nonpriority creditor's name and mailing address**
Freddys Auto Recycling
4146-4150 W. Division St
Chicago, IL 60653

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,403.00

---

**3.99**

**Nonpriority creditor's name and mailing address**
Garduno'S Logistics
6721 W. 85th St.
Burbank, IL 60459

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$44,085.00

---

**3.100**

**Nonpriority creditor's name and mailing address**
GFL Enviromental Services, USA, Inc.
18927 Hickory Creek Dr. STE 200
Mokena, IL 60448

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$25,516.00

---

**3.101**

**Nonpriority creditor's name and mailing address**
GFL Enviromental Services, USA, Inc.
18927 Hickory Creek Dr. STE 200
Mokena, IL 60448

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$56,334.00

---

**3.102**

**Nonpriority creditor's name and mailing address**
Gilbert Trucking, LLC
PO Box 537
Joliet, IL 60434

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$24,910.00

---

**3.103**

**Nonpriority creditor's name and mailing address**
Global Gear & Machining LLC
2500 Curtiss St
Downers Grove, IL 60515

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$7,244.00

---

**3.104**

**Nonpriority creditor's name and mailing address**
Goding Electric
686 East Fullerton
Glendale Heights, IL 60139

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$6,663.00

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.105**

**Nonpriority creditor's name and mailing address**
Gooder-Henrichsen Co., Inc.
2900 State St
Chicago Heights, IL 60411

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$275.00

---

**3.106**

**Nonpriority creditor's name and mailing address**
Graybar Electric
1 Pierce Place Ste 800
Itasca, IL 60143

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$669.00

---

**3.107**

**Nonpriority creditor's name and mailing address**
Groot, Inc
1330 Gasket Dr.
Elgin, IL 60120

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$2,142.00

---

**3.108**

**Nonpriority creditor's name and mailing address**
GSC Heavy Hauling
3701 W Algonquin Rd #320
Rolling Meadows, IL 60008

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$22,000.00

---

**3.109**

**Nonpriority creditor's name and mailing address**
GSM Transport
15700 103rd Street Suite 230
Lemont, IL 60439

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$20,385.00

---

**3.110**

**Nonpriority creditor's name and mailing address**
Hang International Trade Limited
315-321 LOCKHART ROAD
WAN CHAI, Hong Kong

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$157,725.00

---

**3.111**

**Nonpriority creditor's name and mailing address**
IGT Logistics Inc
PO BOX 94565
Cleveland, OH 44101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$81,530.00

---

**3.112**

**Nonpriority creditor's name and mailing address**
IGT Logistics Inc
PO BOX 94565
Cleveland, OH 44101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$54,350.00

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

### 3.113

**Nonpriority creditor's name and mailing address**
IMS Buhrke-Olson
511 W. Algonquin Road
Arlington Heights, IL 60005-4499

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$80,816.00**

### 3.114

**Nonpriority creditor's name and mailing address**
IMS Engineered Products
1 Innovation Dr.
Des Plaines, IL 60016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$235,530.00**

### 3.115

**Nonpriority creditor's name and mailing address**
Integrity Express Logistics
62488 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$3,893.00**

### 3.116

**Nonpriority creditor's name and mailing address**
Intra-American Metals Intrametco
14297 Bergen Blvd Suite 200
Noblesville, IN 46060

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$3,079,078.00**

### 3.117

**Nonpriority creditor's name and mailing address**
J.C. Hose & Tube
236 S. LaLonde Ave
Addison, IL 60101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$365.00**

### 3.118

**Nonpriority creditor's name and mailing address**
Jan-Air, Inc
5801 Ami Drive
Richmond, IL 60071

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$4,676.00**

### 3.119

**Nonpriority creditor's name and mailing address**
Janssen Service
8100 Riley St. Suite 57
Zeeland, MI 49464

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$22,292.00**

### 3.120

**Nonpriority creditor's name and mailing address**
Jason's Trucking
2210 W Woodward Dr
Oak Creek, WI 53154

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$65,812.00**

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,947.00

JM Die Company
299 Beeline Drive
Bensenville, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,030.00

Kip Owen
1770 Park Street Suite 205
Naperville, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $216,322.00

KKSP Precision Machining, LLC
1688 Glen Ellyn Road
Glendale Heights, IL 60139-2092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,269.00

Klafscrap, Inc.
2343 Odgen Ave #4
Downers Grove, IL 60515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,042.00

Krisdee & Assocaites
755 Schneider Dr
South Elgin, IL 60177

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $408.00

Kubota
PO Box 73695
Chicago, IL 60673-7695

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $133,124.00

Laser Center
1001 Morse Ave
Schaumburg, IL 60193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $343.00

Lechner Services
420 Kingston Court
Mount Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.129**

**Nonpriority creditor's name and mailing address**
Lefort North America LLC
10895 NW 50 ST
Sunrise, FL 33351

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,377.00

---

**3.130**

**Nonpriority creditor's name and mailing address**
Leyva Recycling
334 Evergreen Ave
Bensenville, IL 60106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$6,838.00

---

**3.131**

**Nonpriority creditor's name and mailing address**
Lezara Company
7307 Duvan Dr Suite B
Tinley Park, IL 60477

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$8,783.00

---

**3.132**

**Nonpriority creditor's name and mailing address**
Logistics One
33 Cady Hill Blvd
Saratoga Springs, NY 12866

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$8,100.00

---

**3.133**

**Nonpriority creditor's name and mailing address**
Longship
P.O. Box 2220
Lexington, KY 40588

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,000.00

---

**3.134**

**Nonpriority creditor's name and mailing address**
M&K National Lease
P.O. Box 268
Byron Center, MI 49315

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$126,370.00

---

**3.135**

**Nonpriority creditor's name and mailing address**
M. Lizen Manufacturing Co.
2625 Federal Signal Dr
University Park, IL 60484

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$55,981.78

---

**3.136**

**Nonpriority creditor's name and mailing address**
MAAC Machinery
590 Tower Boulevard
Carol Stream, IL 60188

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$4,966.00

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.137** | **Nonpriority creditor's name and mailing address**
Mackie Consultants
9575 W. Higgins Road, Suite 500
Rosemont, IL 60018

**As of the petition filing date, the claim is:** Check all that apply.                    $13,109.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**
Mackie Consultants
9575 w. Higgins Road, Suite 500
Rosemont, IL 60018

**As of the petition filing date, the claim is:** Check all that apply.                    $13,109.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**
MacLean - Fogg Component Solutions LLC
C/O FactorLaw
105 W. Madison St., Suite 2300
Chicago, IL 60602

**As of the petition filing date, the claim is:** Check all that apply.                    $1,106,610.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**
Main Steel LB: 935733
3585 Atlanta Ave
Hapeville, GA 30354

**As of the petition filing date, the claim is:** Check all that apply.                    $202,490.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address**
Masonite International Corp.
1955 Powis Road
West Chicago, IL 60185

**As of the petition filing date, the claim is:** Check all that apply.                    $1,001.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address**
Maximum Towing & Recovery
5300 W Lake St
Melrose Park, IL 60160

**As of the petition filing date, the claim is:** Check all that apply.                    $9,575.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**
Metal Resouce Solutions, Inc.
7770 West Chester Road Suite 120
West Chester, OH 45069

**As of the petition filing date, the claim is:** Check all that apply.                    $2,073.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**
Methode Electronics, Inc.
Attn: Maria Curiel
8750 W. Bryn Mawr Ave
10th Floor Suite 1000
Chicago, IL 60631

**As of the petition filing date, the claim is:** Check all that apply.                    $323,862.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.145**

**Nonpriority creditor's name and mailing address**
Miner Enterprises, Inc.
1200 East State St Box 471
Geneva, IL 60134

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$379.00

---

**3.146**

**Nonpriority creditor's name and mailing address**
National Grid
4651 Crossroads Park Drive
Liverpool, NY 13088

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$70,000.00

---

**3.147**

**Nonpriority creditor's name and mailing address**
National Grid
P.O. Box 371396
Pittsburgh, PA 15250-7396

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$70,000.00

---

**3.148**

**Nonpriority creditor's name and mailing address**
Nicor
PO Box 5407
Carol Stream, IL 60197-5407

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$149.00

---

**3.149**

**Nonpriority creditor's name and mailing address**
Oberg Freight
22153 Old Highway 169
Fort Dodge, IA 50501

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$144,181.00

---

**3.150**

**Nonpriority creditor's name and mailing address**
Occupational Health Centers of Illinois
P.O. Box 488
Lombard, IL 60148-0488

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$1,032.00

---

**3.151**

**Nonpriority creditor's name and mailing address**
ODM Tool & Manufacturing
9550 Joliet Road
McCook, IL 60525

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$79,132.00

---

**3.152**

**Nonpriority creditor's name and mailing address**
Old Second Bank - CapEx
37 South River Street
Aurora, IL 60506

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$92,790.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,080.00**

Old Second National Bank
37 S. River St
Aurora, IL 60506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,250.00**

OTR Transportation
7 Easton Oval
Columbus, OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112.00**

Packaging Personified
246 Kehoe Blvd
Carol Stream, IL 60188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,466.00**

Panacea Fortis Metal Management
3800 W. Maper St Suite 380
Dallas, TX 75219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$322,106.00**

Panzerz Recycling
W5865 County Line Road
Elkhart Lake, WI 53020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,429.00**

Patriot Iron
500 N Manheim
Hillside, IL 60162

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58,193.88**

Perfection Spring & Stamping Corp.
P.O. Box 193
Channahon, IL 60410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,734.00**

Pirtano Construction
1766 Armitage Ct.
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,573.00

Pixel Pushers Printing, Inc.
PO BOX 1067
Palatine, IL 60078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,234.00

Pomp's Tire Service, Inc.
P.O. Box 88697
Milwaukee, WI 53288-8697

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,129.00

Porter Pipe & Supply Co
401 South Rohlwing Road
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $288.00

Premier Mechanical, Inc.
130 S. Fairbank St
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00

Priority-1, Inc.
PO Box 840808
Dallas, TX 75284-0808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,937.00

Quality Fabricators, Inc.
1035 W. Fullerton Ave
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,817.00

R&R Express
P O Box 72124
Cleveland, OH 44192

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,532.00

R.C. Coil Spring Mfg. Co., Inc.
490 Mitchell Road
Glendale Heights, IL 60139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.169** **Nonpriority creditor's name and mailing address**
Rathje Woodward, LLC
300 East Roosevelt Road Suite 300
Wheaton, IL 60187

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$5,204.00

---

**3.170** **Nonpriority creditor's name and mailing address**
RAW Logistics
7400 Metro Blvd Suite 418
Minneapolis, MN 55439

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$5,925.00

---

**3.171** **Nonpriority creditor's name and mailing address**
Reliance Gear
616 W. Lamont Rd.
Elmhurst, IL 60126

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$557.00

---

**3.172** **Nonpriority creditor's name and mailing address**
Revcor
251 Edwards Ave
Carpentersville, IL 60110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$304,373.00

---

**3.173** **Nonpriority creditor's name and mailing address**
RKG
515, Al Khaleej Center Bur
Dubai, Dubai

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$36,000.00

---

**3.174** **Nonpriority creditor's name and mailing address**
Rockaway Recycling
311 W. Main Street
Rockaway, NJ 07866

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$288.00

---

**3.175** **Nonpriority creditor's name and mailing address**
Rockford Fasteners Fortis Metal Manageme
 3800 W. Maper St Suite 380
Dallas, TX 75219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$57,904.00

---

**3.176** **Nonpriority creditor's name and mailing address**
Roland Machinery CO. NW 7899,
P.O. Box 1450
Minneapolis, MN 55485-7899

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$14,976.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.177**

**Nonpriority creditor's name and mailing address**
RTTR Truck Center
449 Randy Rd
Carol Stream, IL 60188

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$7,950.00

---

**3.178**

**Nonpriority creditor's name and mailing address**
Rudy Coresbuyer LLC
719 Fullerton Avenue
Addison, IL 60101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$11,635.00

---

**3.179**

**Nonpriority creditor's name and mailing address**
Ryder Transportation Services
P.O. Box 96723
Chicago, IL 60693-6723

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$10,522.00

---

**3.180**

**Nonpriority creditor's name and mailing address**
S&S International
PO Box 87605
Carol Stream, IL 60188

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$10,744.00

---

**3.181**

**Nonpriority creditor's name and mailing address**
Safran Metal Company
1685 North Elston Avenue
Chicago, IL 60642

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$28,950.00

---

**3.182**

**Nonpriority creditor's name and mailing address**
Schneider National, Inc
2567 Paysphere Circle
Chicago, IL 60674

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$6,675.00

---

**3.183**

**Nonpriority creditor's name and mailing address**
Scrap Solutions
926 Wilcox St
Hammond, IN 46320

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$81,019.00

---

**3.184**

**Nonpriority creditor's name and mailing address**
Semblex Corporation
900 N. Church Road
Elmhurst, IL 60126

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$25,171.00

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.185** | **Nonpriority creditor's name and mailing address**
Share Machine, Inc.
2175 Rochester Drive
Aurora, IL 60506

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$561.00

---

**3.186** | **Nonpriority creditor's name and mailing address**
Silgan Containers LLC
3709 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$386,026.00

---

**3.187** | **Nonpriority creditor's name and mailing address**
Silgan Containers LLC
3709 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,608,978.00

---

**3.188** | **Nonpriority creditor's name and mailing address**
Silgan Containers LLC
3709 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$67,621.00

---

**3.189** | **Nonpriority creditor's name and mailing address**
Silgan Containers LLC - 115
3709 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$78,385.00

---

**3.190** | **Nonpriority creditor's name and mailing address**
Simmons Knife & Saw
400 Regency Drive
Glendale Heights, IL 60139

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$4,294.00

---

**3.191** | **Nonpriority creditor's name and mailing address**
Soudan Metals Co
PO Box 09044
Chicago, IL 60609

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$41,372.00

---

**3.192** | **Nonpriority creditor's name and mailing address**
Southland
Po Box 150924
Ogden, UT 84415

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,739.00

---

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|--------|----------------------|------------------------|---------------|
|        | Name                 |                        |               |

---

**3.193** | **Nonpriority creditor's name and mailing address**
Specific Press Brake
9439 Enterprise Dr #8319
Mokena, IL 60448

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$8,545.00

---

**3.194** | **Nonpriority creditor's name and mailing address**
SPI Staffing
14 Congress Circle
Roselle, IL 60172

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$62,708.81

---

**3.195** | **Nonpriority creditor's name and mailing address**
Star Line Freight
PO BOX 510744
New Berlin, WI 53151-0410

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$18,595.00

---

**3.196** | **Nonpriority creditor's name and mailing address**
Stateline Recycling, Inc.
322 S. Crosby Ave
Janesville, WI 53548

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$184,186.00

---

**3.197** | **Nonpriority creditor's name and mailing address**
Sterig Hydraulics
150 Tyler Creek Plaza
Elgin, IL 60123

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$10,090.00

---

**3.198** | **Nonpriority creditor's name and mailing address**
Stratus Building Solutions of Chicago
8745 W Higgins Rd Suite 110
Chicago, IL 60631

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$700.00

---

**3.199** | **Nonpriority creditor's name and mailing address**
Sycamore Creek Trucking
3009 Wisconsin St.
Le Claire, IA 52753

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$70,990.00

---

**3.200** | **Nonpriority creditor's name and mailing address**
Target Metal Blanking
P.O. Box 63182
Cincinnati, OH 45263

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$79,871.00

---

| Debtor | Redline Metals, Inc. | Case number *(if known)* | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.201**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $101.00 |
|---|---|---|
| Technology Center of DuPage
301 S Swift Rd
Addison, IL 60101 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.202**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $211,053.00 |
|---|---|---|
| The Diemasters Manufacturing, Inc.
2100 Toughy Ave
Elk Grove Village, IL 60007 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.203**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,120.00 |
|---|---|---|
| The Range At 355
9003 Murphy Road
Woodridge, IL 60517 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.204**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,010.00 |
|---|---|---|
| The Recy Group
39W190 Preston Cir
Geneva, IL 60134 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.205**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $228.00 |
|---|---|---|
| Thomas Electronics
208 Davis Parkway
Clyde, NY 14433 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.206**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,600.00 |
|---|---|---|
| Town Trucking Co
4538 Lawndale Ave
Lyons, IL 60534 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.207**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97,315.28 |
|---|---|---|
| TRM Trucking
800 Bowes Rd
South Elgin, IL 60177 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.208**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,082.00 |
|---|---|---|
| TSB Metal Recycling LLC
28804 Network Place
Chicago, IL 60673-1288 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| Debtor | Redline Metals, Inc. | Case number *(if known)* | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,444.00

Uber Freight LLC
PO Box 74007178
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $440.00

Uline Attn: Accounts Payable
PO BOX 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $967.00

Uniphase, inc.
 425 South 38th Ave
Saint Charles, IL 60174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,985.00

United Steel Group
3945 25th Avenue
Schiller Park, IL 60176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $913.00

Village of Oak Park Public Works Center
201 South Blvd.   2
Oak Park, IL 60302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,489.00

Vision Financial Group
PO Box 1000 Dept # 0065
Memphis, TN 38148-0065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,741.00

Vitco Steel Supply Corp
 P.O Box 220 Posen, IL 60469
Posen, IL 60469

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $111,222.00

Warren Oil Co. Inc
PO Box 2279
Hammond, IN 46323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,145.00 |
|---|---|---|---|
| | Waste Management<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $802.00 |
|---|---|---|---|
| | Wastebuilt Enviromental Solutions<br>PO Box 75152<br>Chicago, IL 60675-7515 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,632.00 |
|---|---|---|---|
| | WeGo Scrap Metal<br>29W311 Blair St.<br>West Chicago, IL 60185 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,263.00 |
|---|---|---|---|
| | Wonderland Tire Company<br>1550 Huntington Dr.<br>Calumet City, IL 60409 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,525.00 |
|---|---|---|---|
| | WZ Tool Inc.<br>166 Elizabeth Lane<br>Genoa City, WI 53128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,189.00 |
|---|---|---|---|
| | Zeeland Freight Services, LLC<br>PO Box 290<br>Zeeland, MI 49464 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Illinois Attorney General<br>500 South Second Street<br>Springfield, IL 62701 | Line _2.1_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Illinois Attorney General<br>500 South Second Street<br>Springfield, IL 62701 | Line _2.2_<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Illinois Department of Employ Sec<br>P.O. Box 19300<br>Springfield, IL 62794 | Line _2.1_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Jeffrey J. Liotta<br>13485 Bishops Drive Suite 300<br>Brookfield, WI 53005 | Line _3.27_<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Joseph A. Wyly, Esq<br>15182 Marsh Ln<br><br>Addison, TX 75001 | Line _3.87_<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Stanley Lande & Hunter<br>201 West Second Street, Suite 1000<br>Davenport, IA 52801 | Line _3.199_<br>☐ Not listed. Explain ____ | _ |
| 4.7 | United States Attorney<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 165,388.10 |
| **5b. Total claims from Part 2** | 5b. + | $ 14,505,559.16 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 14,670,947.26 |

**Fill in this information to identify the case:**

Debtor name _____Redline Metals, Inc._____

United States Bankruptcy Court for the: _____NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION_____

Case number (if known) _____1:24-bk-12590_____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | $1,750 per month for 2021 BMW | |
| | State the term remaining | September 2024 | |
| | List the contract number of any government contract | | BMW Financial P.O. Box 9001065 Louisville, KY 40290 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | $2,350.00 per month for 2024 BMW | |
| | State the term remaining | September 2026 | |
| | List the contract number of any government contract | | BMW FInancial P.O Box 9001065 Louisville, KY 40290 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | $15,000/month for 930 N. DuPage | |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | Chicago Industrial 6250 N. River Road #60252 Des Plaines, IL 60018 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | $25,000.00/month for 901 N. DuPage | |
| | State the term remaining | December 2029 | |
| | List the contract number of any government contract | | Chicago Industrial 6250 N. River Road #60252 Des Plaines, IL 60018 |

| Debtor 1 | Redline Metals, Inc. | | | Case number *(if known)*   1:24-bk-12590 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | $19,000,00 per month for 1255 Gifford | |
|---|---|---|---|
| | State the term remaining | December 2026 | |
| | List the contract number of any government contract | | CR Realty Partners<br>565 Green Bay<br>Highland Park, IL 60035 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | $10,923 for 2019 Sennebogen 830 $1 buyout | |
|---|---|---|---|
| | State the term remaining | September 2026 | |
| | List the contract number of any government contract | | Delage Landen<br>1111 Old Eagle School<br>Wayne, PA 19087 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | $868.00 per month for 2022 Infinity QX50 | |
|---|---|---|---|
| | State the term remaining | September 2025 | |
| | List the contract number of any government contract | | Infinity Financial<br>P.O. Box 740596<br>Cincinnati, OH 45274 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | $10,688.00 per month for 4 Mack Trucks | |
|---|---|---|---|
| | State the term remaining | September 2027 | |
| | List the contract number of any government contract | | M & K National Lease<br>P.O. Box 268<br>Byron Center, MI 49315 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | $3,725.00 per month for 2022 Mack Truck | |
|---|---|---|---|
| | State the term remaining | April 2029 | |
| | List the contract number of any government contract | | M & K National Lease<br>P.O. Box 268<br>Byron Center, MI 49315 |

Debtor 1    Redline Metals, Inc.

First Name    Middle Name    Last Name

Case number *(if known)*    1:24-bk-12590

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | #,350.00 for 2023 Mack Truck | |
|---|---|---|---|
| | State the term remaining | April 2029 | |
| | List the contract number of any government contract | | M & K National Lease<br>P.O. Box 268<br>Byron Center, MI 49315 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | $2,715 per month for 2023 Porsche | |
|---|---|---|---|
| | State the term remaining | January 2026 | |
| | List the contract number of any government contract | | Porsche<br>75 Remittance Dr. #1738<br>Chicago, IL 60675 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | $11,180.00 per month for Lefort Crawler | |
|---|---|---|---|
| | State the term remaining | December 2025 | |
| | List the contract number of any government contract | | VFG<br>P.O. Box 100<br>Memphis, TN 38148 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | $10,621/month for MacBaler 5200 | |
|---|---|---|---|
| | State the term remaining | May 2026 | |
| | List the contract number of any government contract | | VFG<br>P.O. Box 100<br>Memphis, TN 38148 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | $6,688.00 per month for Sweed Shredder | |
|---|---|---|---|
| | State the term remaining | September 2025 | |
| | List the contract number of any government contract | | VFG<br>P.O. Box 100<br>Memphis, TN 38148 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ Redline Metals, Inc. _____

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   1:24-bk-12590 _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.15 | Cynthia Wong-Williams | 303 Collen Dr. Lombard, IL 60148 | Old Second National Bank | ☒ D   2.4<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Cynthia Wong-Williams | 303 Collen Dr. Lombard, IL 60148 | Old Second National Bank | ☒ D   2.5<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Cynthia Wong-Williams | 303 Collen Dr. Lombard, IL 60148 | Old Second National Bank | ☒ D   2.6<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Cynthia Wong-Williams | 303 Collen Dr. Lombard, IL 60148 | Porsche | ☐ D _____<br>☐ E/F _____<br>☒ G   2.11 |
| 2.19 | Cynthia Wong-Williams | 303 Collen Dr. Lombard, IL 60148 | VFG | ☐ D _____<br>☐ E/F _____<br>☒ G   2.12 |
| 2.20 | Cynthia Wong-Williams | 303 Collen Dr. Lombard, IL 60148 | VFG | ☐ D _____<br>☐ E/F _____<br>☒ G   2.13 |

| Debtor | Redline Metals, Inc. | Case number *(if known)* | 1:24-bk-12590 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.21 | Cynthia Wong-Williams | 303 Collen Dr. Lombard, IL 60148 | VFG | ☐ D _____ ☐ E/F _____ ☒ G __2.14__ |
| 2.22 | David F. Wong | 1370 Quarter Horse Ct. Wheaton, IL 60189 | BMW FInancial | ☐ D _____ ☐ E/F _____ ☒ G __2.2__ |
| 2.23 | Jonathon Kagel | 1431 W. Autumn Trail Addison, IL 60101 | BMW Financial | ☐ D _____ ☐ E/F _____ ☒ G __2.1__ |