**Fill in this information to identify the case:**

Debtor name: Redline Metals, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 1:24-bk-12590

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☒ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | Various Creditors | See Attached Spreadsheet | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Varies on creditor |

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Cindy Williams-Wong<br><br>Owner | See attached record (other records are not available do to lack of access) but additional sums are all payroll | $302,863.14 | |
| 4.2. David F. Wong<br>1370 Quarter Horse Ct.<br>Wheaton, IL 60189<br>President | See attached record (other records are not available do to lack of access) but additional sums are all payroll | $346,670.92 | |
| 4.3. Richard Williams<br><br>Famliy | See attached record (other records are not available do to lack of access) but additional sums are all payroll | $154,774.36 | |
| 4.4. Theresa Wong<br><br>Family | See attached record (other records are not available do to lack of access) but additional sums are all payroll | $63,718.27 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| DuPage Machine Products, Inc.<br>311 Longview Dr.<br>Bloomingdale, IL 60108 | 1 Gondola trailer1 Scale setup consisting of 2 axle platforms and 2 landing gear platforms | | $0.00 |

| Debtor | Redline Metals, Inc. | Case number *(if known)* | 1:24-bk-12590 |

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| M.Lizen Manufacturing Co.<br>2625 Federal Signal Drive<br>University Park, IL 60484 | ? 25 Self-Dumping Hoppers | | $0.00 |
| Main Steel, a division of Samuel, Son & Co. USA<br>2200 Pratt Blvd.<br>Elk Grove Village, IL 60007 | 38 Self-Dumping Hoppers12 Lugger boxes (this number may be slightly higher or lower, we are unsure) 1 Roll-off box1 Platform Scale, including indicator and printer | | $0.00 |
| MacLean Fogg<br>1000 Allanson Road<br>Mundelein, IL 60060 | 2 Gondola trailers6 3?x3? Tote bins | | $0.00 |
| MacLean Fogg ? Richmond Division<br>5600 Wilson Road<br>Richmond, IL 60071 | 1 Roll-off box1 Lugger box | | $0.00 |
| ODM Tool & Manufacturing<br>9550 Joliet Road<br>McCook, IL 60525 | 3 Roll-off boxes22 Self-dumping hoppers1 Axle scale with operating briefcase | | $0.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| B & B Metal Processing<br>14520 Pioneer Road<br>Newton, WI 53063 | Last 4 digits of account number: _____ | | $10,220.80 |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Boy Scouts of America | Donation given at an event | 4/18/2024 | $8,000.00 |
| | **Recipients relationship to debtor** <br> None | | | |

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| A load was stolen in a trucking scam. Claim pending with insurance | | | $150,000.00 |

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☒ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Debtor | Redline Metals, Inc. | Case number *(if known)* | 1:24-bk-12590 |
|---|---|---|---|

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Miller Cooper and Assoc.<br>1751 Lake Cook Road, Suite 400<br>Deerfield, IL 60015 | |

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | Old Second National Bank<br>Attention: Loan Servicing 1st Floor NOE<br>37 S River St.<br><br>Aurora, IL 60506 |
|---|---|
| 26d.2. | Silgan Containers LLC<br>3709 Collections Center Drive<br>Chicago, IL 60693 |
| 26d.3. | Insurance Brokers |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cynthia Wong-Williams | 303 Collen Dr.<br>Lombard, IL 60148 | Owner | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David F. Wong | 1370 Quarter Horse Ct.<br>Wheaton, IL 60189 | President | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 7 |
|---|---|---|

| Debtor | Redline Metals, Inc. | Case number (if known) | 1:24-bk-12590 |

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 20, 2024

/s/ David Wong                                David Wong
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

| Credit | (All) |
|---|---|

| Payee | Total Payments |
|---|---|
| **_Jason Plebanski** | **$ 9,995.40** |
|   35 N Illinois ave Villa Park, IL 60181 | $ 9,995.40 |
| **AAA Scrap** | **$ 20,547.09** |
|   4630 W. Armitage Ave Chicago, IL 60639 | $ 20,547.09 |
| **Accurate Perforating** | **$ 28,433.36** |
|   PO Box 1156 Bedford Park, IL  60499-1156 | $ 28,433.36 |
| **Alejandra Carmona** | **$ 20,758.89** |
|   40 S Monterey Ave Villa Park, IL 60181 | $ 20,758.89 |
| **American Express** | **$ 69,844.91** |
|   PO Box 0001 Los Angeles, CA 90096-8000 | $ 69,844.91 |
| **ANH Core Buyer** | **$ 19,179.95** |
|   1310 Brummel St Evanston, IL 60202 | $ 19,179.95 |
| **Arcane Industries** | **$ 15,490.44** |
|   1160 Norman Ln Roselle, IL 60172 | $ 15,490.44 |
| **Aries** | **$ 29,030.00** |
|   6351 W. Montrose Ave Suite 373 Chicago, IL 60634 | $ 29,030.00 |
| **B & O Metal Recycling** | **$ 50,431.53** |
|   800 Brickville Rd Sycamore, IL 60178 | $ 50,431.53 |
| **Bar Processing** | **$ 114,775.06** |
|   Comerica Dept: 199201 PO Box 67000 Detroit, MI 48267-1992 | $ 114,775.06 |
| **Bar Technologies** | **$ 11,531.34** |
|   500 Fluid Power Drive Geneva, IL 60134 | $ 11,531.34 |
| **Barclay Card** | **$ 11,205.01** |
|   (blank) | $ 11,205.01 |
| **Barwacz, Pawel** | **$ 8,466.18** |
|   14931 S Woodcrest Ave Home Glen, IL 60491 | $ 8,466.18 |
| **Bernath Construction, Inc.** | **$ 80,100.07** |
|   5711 County Road 17 S Horace, ND  58047 | $ 80,100.07 |
| **Best Technology** | **$ 38,664.76** |
|   12024 S. Aero Dr Plainfield, IL 60544 | $ 38,664.76 |
| **BMW Financial Services** | **$ 15,426.01** |
|   P.O. Box 9001065 Louisville, KY 40290-1065 | $ 15,426.01 |
| **Branko Perfoating FWD, Inc.** | **$ 62,094.25** |
|   8520 194th Ave PO Box 55 Bristol, WI 53104 | $ 62,094.25 |
| **Bunjes, Jarrett** | **$ 12,441.30** |
|   528 S Fairfield Lombard, IL 60148 | $ 12,441.30 |
| **C & F Forge Co - B** | **$ 29,031.60** |
|   1243 N. Kirk Road Batavia, IL 60510 | $ 29,031.60 |
| **Cantero Recycling** | **$ 40,806.06** |
|   1116 W 189th Pl Mokena, IL 60448 | $ 40,806.06 |
| **Capital One** | **$ 9,102.79** |
|   (blank) | $ 9,102.79 |
| **Cash** | **$ 150,000.00** |
|   (blank) | $ 150,000.00 |

| | |
|---|---:|
| **Charter Steel Trading** | $ 280,443.10 |
| 4401 W. Roosevelt Road Chicago, IL 60624 | $ 280,443.10 |
| **Chase** | $ 10,627.60 |
| PO Box 1423 Charlotte, NC 28201-1423 | $ 10,627.60 |
| **Chicago Auto Trans** | $ 137,092.90 |
| 724 E. Chicago Ave East Chicago, IL 46312 | $ 137,092.90 |
| **Chicago Blower -V** | $ 25,135.16 |
| 1675 Glen Ellyn Road Glendale Heights, IL 60139 | $ 25,135.16 |
| **Chicago Industrial TT, LLC** | $ 83,023.66 |
| c/o Stream Realty Partner, LP 6250 N River Road, Suite 6025 Rosemont, IL 60018 | $ 83,023.66 |
| **Cindy Wong-Williams** | $ 66,344.60 |
| (blank) | $ 66,344.60 |
| **COM2 Recycling Solutions** | $ 35,609.00 |
| 500 Kehoe Blvd Carol Stream, IL 60188 | $ 35,609.00 |
| **CR Bridgeport LLC** | $ 83,056.40 |
| 565 Green Bay Rd Highland Park, IL 60035 | $ 83,056.40 |
| **David Wong** | $ 80,787.20 |
| 1730 Quarter Horse Ct Wheaton, IL 60189 | $ 80,787.20 |
| **Davis BancCorp** | $ 11,242.44 |
| (blank) | $ 11,242.44 |
| **Diemasters** | $ 129,094.56 |
| 2100 Toughy Ave Elk Grove Village, IL 60007 | $ 129,094.56 |
| **Discover Business Card** | $ 16,558.46 |
| PO Box 6103 Carol Stream, IL 60197-6103 | $ 16,558.46 |
| **DuPage Machine Products** | $ 42,628.93 |
| 311 Longview Dr Bloomingdale, IL 60108 | $ 42,628.93 |
| **EMS** | $ 61,450.00 |
| P.O. Box 548 Richmond, IL 60071-0548 | $ 61,450.00 |
| **Ernie's Scrap Metal, Inc.** | $ 14,567.20 |
| 1170 St. Charles St. Elgin, IL 60120 | $ 14,567.20 |
| **Euler** | $ 12,600.00 |
| c/o Finance Department 100 International Drive 22nd Floor Baltimore, MD 21202 | $ 12,600.00 |
| **FIC America** | $ 736,272.03 |
| 485 East Lies Road Carol Stream, IL 60188 | $ 736,272.03 |
| **Fox valley Shooting Range** | $ 8,403.96 |
| 780 S. McLean Blvd Elgin, IL 60123 | $ 8,403.96 |
| **Freddys Auto Recycling** | $ 60,717.55 |
| 4146-4150 W. Division St Chicago, IL 60653 | $ 60,717.55 |
| **Garduno'S Logistics Inc** | $ 12,800.00 |
| 6721 W. 85th St. Burbank, IL 60459 | $ 12,800.00 |
| **Gary Chinn** | $ 52,553.58 |
| 3820 Horizon Ct Naperville, IL 60564 | $ 52,553.58 |
| **Global Gear** | $ 34,380.45 |
| 2500 Curtiss St Downers Grove, IL 60515 | $ 34,380.45 |
| **Harris & Harris** | $ 7,931.67 |
| PO Box 1138 Chicago, IL 60690-1138 | $ 7,931.67 |
| **Hernandez, Omar** | $ 7,285.72 |

| | | |
|---|---:|---:|
| 318 N. Craig Place Lombard, IL 60148 | $ | 7,285.72 |
| **Huron Paper** | **$** | **23,276.68** |
| 1830 Ridge Ave #001 Evanston, IL 60201 | $ | 23,276.68 |
| **IMS Buhrke-Olson - AH** | **$** | **61,657.14** |
| 511 W. Algonquin Road Arlington Heights, IL 60005-4499 | $ | 61,657.14 |
| **Internal Revenue Service** | **$** | **96,151.00** |
| Ogden, UT 84201-0102 | $ | 96,151.00 |
| **Intra-American Metals** | **$** | **80,253.95** |
| Intrametco 14297 Bergen Blvd Suite 200 | $ | 80,253.95 |
| **IPFS Corporation** | **$** | **221,050.90** |
| PO Box 730223 Dallas, TX 75373-0223 | $ | 221,050.90 |
| **J. Gozalez** | **$** | **8,638.00** |
| 2405 Parkview Dr. Aurora, IL 60502 | $ | 8,638.00 |
| **Jack Inc.** | **$** | **30,080.00** |
| 0S089 Kerry Ct Winfield, IL 60190 | $ | 30,080.00 |
| **Jasons Trucking** | **$** | **165,691.40** |
| 2210 W Woodward Dr Oak Creek, WI 53154 | $ | 165,691.40 |
| **Jon Kragel** | **$** | **92,146.63** |
| (blank) | $ | 92,146.63 |
| **Jose Used Autoparts, Inc.** | **$** | **10,692.65** |
| 6449 N. Artesian Chicago, IL 60645 | $ | 10,692.65 |
| **Kazimierz J Piska** | **$** | **9,883.09** |
| 180 Grove Ave Unit D Des Plaines, IL 60016 | $ | 9,883.09 |
| **Korwek, Konrad** | **$** | **8,396.30** |
| 20902 W. Ardmore Cir Plainfield, IL 60544 | $ | 8,396.30 |
| **Kragel, Jonathan** | **$** | **11,045.30** |
| 1431 W Autumn Trl Addison, IL 60101 | $ | 11,045.30 |
| **Krisdee & Associates** | **$** | **46,322.09** |
| 755 Schneider Dr South Elgin, IL 60177 | $ | 46,322.09 |
| **Krizic, Stefanie S** | **$** | **20,768.30** |
| 4939 Spring Rd Oak Lawn, IL 60453 | $ | 20,768.30 |
| **Leyva Recycling** | **$** | **25,020.35** |
| 334 Evergreen Ave Bensenville, IL 60106 | $ | 25,020.35 |
| **Lezara Company** | **$** | **33,815.44** |
| 7307 Duvan Dr Suite B Tinley Park, IL 60477 | $ | 33,815.44 |
| **M&K Nationalease** | **$** | **66,463.64** |
| P.O. Box 268 Byron Center, MI 49315 | $ | 66,463.64 |
| **M&R** | **$** | **8,657.53** |
| 440 Medinah Road Roselle, IL 60172 | $ | 8,657.53 |
| **M. Lizen** | **$** | **36,136.14** |
| 2625 Federal Signal Dr University Park, IL 60484 | $ | 36,136.14 |
| **McLaughlin, Michael** | **$** | **20,400.53** |
| 530 Williamsburgh Road Glen Ellyn, IL 60137 | $ | 20,400.53 |
| **Methode Electronics, Inc.** | **$** | **79,976.49** |
| Attn: Maria Curiel 8750 W. Bryn Mawr Ave 10th Floor Suite 1000 | $ | 79,976.49 |
| **Midland Metal Recycling** | **$** | **358,770.14** |
| 7750 47th St Lyons, IL 60534 | $ | 358,770.14 |

| | | |
|---|---|---|
| **Milewski, David** | $ | **19,589.27** |
| 7360 S Park Ave Burr Ridge, IL 60527 | $ | 19,589.27 |
| **Milewski, Norbert** | $ | **8,164.18** |
| 206 Lincolnshire Ln Bolingbrook, IL 60440 | $ | 8,164.18 |
| **Nevarez, Giovany** | $ | **7,739.51** |
| 4043 Wehrman Ave Schiller Park, IL 60176 | $ | 7,739.51 |
| **NM** | $ | **9,529.77** |
| (blank) | $ | 9,529.77 |
| **ODM Tool & Manufacturing** | $ | **219,083.18** |
| 9550 Joliet Road McCook, IL 60525 | $ | 219,083.18 |
| **Old Second Bank** | $ | **235,056.33** |
| 37 S. River St Aurora, IL 60506 | $ | 235,056.33 |
| **Old Second Bank - CapEx** | $ | **136,319.32** |
| 37 South River Street Aurora, IL 60506 | $ | 136,319.32 |
| **Old Second Bank - Term** | $ | **463,947.65** |
| 37 South River St Aurora, IL 60506 | $ | 463,947.65 |
| **Pablo Palacios Esquivel** | $ | **26,541.70** |
| 3082 E Lincoln Hwy Lincolnwood, IL 60411 | $ | 26,541.70 |
| **PayChex** | $ | **597,711.06** |
| (blank) | $ | 597,711.06 |
| **Perfection Spring & Stamping** | $ | **72,741.50** |
| P.O. Box 193 Channahon, IL 60410 | $ | 72,741.50 |
| **Porsche Payment Center** | $ | **10,864.88** |
| 75 Remittance Drve, Suite 1738 Chicago, IL 60675-1738 | $ | 10,864.88 |
| **Putrim, Nicholas P** | $ | **12,997.68** |
| 3N774 Route 59 West Chicago, IL 60185 | $ | 12,997.68 |
| **Quality Fab** | $ | **46,143.12** |
| 1035 W. Fullerton Ave Addison, IL 60101 | $ | 46,143.12 |
| **Redline Metals** | $ | **30,675.00** |
| (blank) | $ | 30,675.00 |
| **Revcor** | $ | **91,311.42** |
| 251 Edwards Ave Carpentersville, IL 60110 | $ | 91,311.42 |
| **Robert's Sheet Metal Works** | $ | **30,721.16** |
| 4347 West Kinzie Street Chicago, IL 60624 | $ | 30,721.16 |
| **Runde Metals** | $ | **19,798.40** |
| 11645 Echo Ave Monona, IA 52159 | $ | 19,798.40 |
| **S&S International** | $ | **13,720.90** |
| PO Box 87605 Carol Stream, IL 60188 | $ | 13,720.90 |
| **Safran Metal Company** | $ | **30,752.51** |
| 1685 North Elston Avenue Chicago, IL 60642 | $ | 30,752.51 |
| **Santana, Antonio** | $ | **9,691.21** |
| 15 N Edison Ave Elgin, IL 60123 | $ | 9,691.21 |
| **Santana, Jesus** | $ | **7,364.93** |
| 5514 Chancery Way Lake In The Hills, IL 60156 | $ | 7,364.93 |
| **Santana, Miguel** | $ | **7,697.98** |
| 2146 N Kenneth Apt 1 Chicago, IL 60639 | $ | 7,697.98 |
| **SBA** | $ | **7,584.00** |

| | |
|---|---:|
| (blank) | $ 7,584.00 |
| **Scrap Solutions Recycling** | **$ 26,568.35** |
| 926 Wilcox St Hammond, IN 46320 | $ 26,568.35 |
| **Semblex Corporation** | **$ 57,513.33** |
| 900 N. Church Road Elmhurst, IL 60126 | $ 57,513.33 |
| **Silgan Containers - Kenosha** | **$ 39,000.00** |
| 3709 Collections Center Drive Chicago, IL 60693 | $ 39,000.00 |
| **Skuratowicz, Artur** | **$ 18,427.63** |
| N79559 10th Ave New Lisbon, WI 53950 | $ 18,427.63 |
| **Solano, Panuncio I** | **$ 7,372.99** |
| 315 Clarendon Ln Bolingbrook, IL 60440 | $ 7,372.99 |
| **Soudan** | **$ 69,543.29** |
| PO Box 09044 Chicago, IL 60609 | $ 69,543.29 |
| **SPI Staffing** | **$ 16,547.06** |
| 14 Congress Circle Roselle, IL 60172 | $ 16,547.06 |
| **Stateline** | **$ 73,305.69** |
| 322 S. Crosby Ave Janesville, WI 53548 | $ 73,305.69 |
| **sterig hydraulic co** | **$ 9,933.00** |
| 150 Tyler Creek Plaza Elgin, IL 60123 | $ 9,933.00 |
| **Sycamore Creek Trucking** | **$ 43,051.60** |
| 3009 Wisconsin St. LeClaire, IA 52753 | $ 43,051.60 |
| **T & Z Metals** | **$ 58,567.22** |
| 4009 W. Parker Ave Chicago, IL 60639 | $ 58,567.22 |
| **The McLaughlin Group, Inc.** | **$ 29,000.00** |
| 530 Williamsburgh Glen Ellyn, Illinois 60137 | $ 29,000.00 |
| **The Range At 355** | **$ 14,508.23** |
| 9003 Murphy Road Woodridge, IL 60517 | $ 14,508.23 |
| **Tibor Machine Products, Inc.** | **$ 18,638.74** |
| 7400 W. 100th Place Bridgeview, IL 60455 | $ 18,638.74 |
| **Tiger Flex** | **$ 16,884.45** |
| 1551 Pratt Blvd Elk Grove Village, IL 60007 | $ 16,884.45 |
| **TRM Trucking** | **$ 30,875.00** |
| 800 BowesRd South Elgin IL 60177 | $ 30,875.00 |
| **United Steel Group** | **$ 11,867.14** |
| 3945 25th Avenue Schiller Park, IL 60176 | $ 11,867.14 |
| **Vasyl Davydchuk** | **$ 10,494.00** |
| 809 Locust St Apt 309 Vernon Hills, IL 60061 | $ 10,494.00 |
| **Villa Park Currency Exchange** | **$ 41,400.00** |
| 603 North Ave Villa Park, IL 60181 | $ 41,400.00 |
| **Vision Financial Group** | **$ 31,341.00** |
| PO Box 1000 Dept # 0065 Memphis, TN 38148-0065 | $ 31,341.00 |
| **Vitco Steel Supply Corp** | **$ 44,899.27** |
| P.O Box 220 Posen, IL 60469 | $ 44,899.27 |
| **Warren Oil Co. Inc** | **$ 51,832.60** |
| PO Box 2279 Hammond, IN 46323 | $ 51,832.60 |
| **Weber-Palatine** | **$ 7,726.86** |
| Attn: Jon Dorn 1415 S. Roselle Road Palatine, IL 60067 | $ 7,726.86 |

| | | |
|---|---|---:|
| **WeGo Scrap Metal** | $ | **7,933.70** |
| 29W311 Blair St. West Chicago, IL 60185 | $ | 7,933.70 |
| **WEX Bank** | $ | **72,575.00** |
| PO BOX 94565 Cleveland, OH 44101 | $ | 72,575.00 |
| **Williams, Richard J** | $ | **9,898.61** |
| 303 Collen Drive Lombard, IL 60148 | $ | 9,898.61 |
| **Wnek, Przemyslaw K** | $ | **8,142.61** |
| 12340 S 76th Ave Palos Heights, IL 60463 | $ | 8,142.61 |
| **Wong, David F** | $ | **15,483.98** |
| 1730 Quarter Horse Road Wheaton, IL 60189 | $ | 15,483.98 |
| **Wong-Williams, Cynthia L.** | $ | **13,195.75** |
| 303 Collen Drive Lombard, IL 60148 | $ | 13,195.75 |
| **Wray, Michael S** | $ | **9,076.06** |
| 1167 Lily Field Ln Bolingbrook, IL 60440 | $ | 9,076.06 |
| **(blank)** | $ | **29,603.00** |
| (blank) | $ | 29,603.00 |
| **Grand Total** | | **$ 7,384,208.68** |

1:40 PM
09/20/24
Accrual Basis

Case 24-12590    Doc 48    Filed 09/20/24    Entered 09/20/24 23:37:07    Desc Main
Document    Page 15 of 15

9/20/24 Metals, Inc
General Ledger
As of August 27, 2024

| Memo | Date | Num | Name | Memo | Split | Credit |
|---|---|---|---|---|---|---|
| Payment against the Note outstanding | 05/01/2024 | | Cindy Wong-Williams | | 270 · Notes Payable - Shareholder | 5,000.00 |
| Cindy wired from her account to cover Paychex payroll | 08/07/2024 | 29032 | Cindy Wong-Williams | | -SPLIT- | 39,119.86 |
| | 08/16/2024 | 140 | Cindy Wong-Williams | | 615 · Payroll Expenses | 2,639.15 |
| | 08/16/2024 | 29243 | David Wong | | 615 · Payroll Expenses | 2,595.41 |
| Reimbursement for Company related expenses, fuel, Boy Scouts Dinner, Event tickets for a vendor | 04/17/2024 | 27564 | David Wong | | 625 · Sales promotion | 3,822.85 |
| Payment against the Note outstanding | 07/23/2024 | | David Wong | | -SPLIT- | 4,500.00 |
| Reimbursement for $ paid to vendor, due to OSB bouncned check. | 08/06/2024 | 29104 | David Wong | | -SPLIT- | 8,096.38 |
| Sold Cash to the cash box for peddler trade | 07/17/2024 | 28563 | David Wong | Cash Box | 110 · Cash Box | 10,000.00 |
| Sold Cash to the cash box for peddler trade | 07/17/2024 | 28565 | David Wong | Cash Box | 110 · Cash Box | 10,000.00 |
| Sold Cash to the cash box for peddler trade | 07/17/2024 | 28571 | David Wong | Cash Box | 110 · Cash Box | 10,000.00 |
| Sold Cash to the cash box for peddler trade | 07/18/2024 | 28577 | David Wong | Cash Box | 110 · Cash Box | 10,000.00 |
| Payment against the Note outstanding | 01/14/2024 | | David Wong | | 270.1 · Notes Payable - DWong | 14,000.00 |
| Sold Cash to the cash box for peddler trade | 07/16/2024 | 28555 | David Wong | Cash Box | 110 · Cash Box | 15,000.00 |
| | 08/09/2024 | 142 | David Wong | | 615 · Payroll Expenses | 2,595.41 |
| | 08/09/2024 | 29100 | Richard Williams | | 615 · Payroll Expenses | 1,414.27 |
| | 08/02/2024 | 28881 | Williams, Richard J | | 615 · Payroll Expenses | 1,413.63 |
| | 07/05/2024 | 28371 | Williams, Richard J | | 615 · Payroll Expenses | 1,414.27 |
| | 07/12/2024 | 28523 | Williams, Richard J | | 615 · Payroll Expenses | 1,414.27 |
| | 07/19/2024 | 28619 | Williams, Richard J | | 615 · Payroll Expenses | 1,414.27 |
| | 07/26/2024 | 28745 | Williams, Richard J | | 615 · Payroll Expenses | 1,414.27 |
| | 08/26/2024 | 172 | Williams, Richard J | Re-Issue for 29415 /29245 | 615 · Payroll Expenses | 2,827.90 |
| | 07/05/2024 | 28374 | Wong, David F | | 615 · Payroll Expenses | 2,595.41 |
| | 07/12/2024 | 28526 | Wong, David F | | 615 · Payroll Expenses | 2,595.41 |
| | 07/19/2024 | 28622 | Wong, David F | | 615 · Payroll Expenses | 2,595.41 |
| | 07/26/2024 | 28748 | Wong, David F | | 615 · Payroll Expenses | 2,595.41 |
| | 08/02/2024 | 143 | Wong, David F | | 615 · Payroll Expenses | 2,506.93 |
| | 08/23/2024 | 139 | Wong, David F | | 615 · Payroll Expenses | 2,595.41 |
| | 08/02/2024 | 28885 | Wong, Theresa M | | 615 · Payroll Expenses | 727.82 |
| | 07/05/2024 | 28375 | Wong, Theresa M | | 615 · Payroll Expenses | 802.87 |
| | 07/12/2024 | 28527 | Wong, Theresa M | | 615 · Payroll Expenses | 802.87 |
| | 07/19/2024 | 28621 | Wong, Theresa M | | 615 · Payroll Expenses | 802.87 |
| | 07/26/2024 | 28747 | Wong, Theresa M | | 615 · Payroll Expenses | 802.87 |
| | 08/16/2024 | 137 | Wong, Theresa M | | 615 · Payroll Expenses | 802.87 |
| | 08/23/2024 | 138 | Wong, Theresa M | | 615 · Payroll Expenses | 802.87 |
| | 07/05/2024 | 28376 | Wong-Williams, Cynthia L. | | 615 · Payroll Expenses | 2,639.15 |
| | 07/12/2024 | 28528 | Wong-Williams, Cynthia L. | | 615 · Payroll Expenses | 2,639.15 |
| | 07/19/2024 | 28620 | Wong-Williams, Cynthia L. | | 615 · Payroll Expenses | 2,639.15 |
| | 07/26/2024 | 28746 | Wong-Williams, Cynthia L. | | 615 · Payroll Expenses | 2,639.15 |
| | 08/23/2024 | 141 | Wong-Williams, Cynthia L. | | 615 · Payroll Expenses | 2,639.15 |